**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>Defendant. | Case No.<br><br>DECLARATION OF MICHELLE "MISHA" BELDEN IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER |

Page 1         DECLARATION OF MICHELLE "MISHA" BELDEN

I, Michelle "Misha" Marie Belden, declare as follows pursuant to 28 USC § 1746:

1. I am one of the named-Plaintiffs, and proposed class representatives in this case. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order. I use They/Them pronouns.

2. I have been informed of the responsibilities of a class representative.

3. In general terms, I understand the claims in the case.

4. I am currently a resident of Portland, OR. I am concerned about the use of tear gas at these protests.

5. I am able and willing to serve as a class representative.

6. If appointed, I will stay informed about the case. I will keep in contact with my lawyers. I will put the interests of the class first.

7. I am willing to serve as a class representative.

8. Like many Portlanders-of-conscience, I was shocked and appalled by the murder of George Floyd. Because of that, I attended the demonstration at SE 13th and Stark to protest police violence and racism. From there, we marched down to Pioneer Square and arrived around 8:00 pm.

9. From Pioneer Square, we heard a flash bang and tear gas close by. I was a street medic, and wanted to help anyone who was injured. I put on my respirator and goggles. I walked over to approximately around the corner of SW 3rd and SW Taylor. There were 300 to 500 people there. I was in the tail end of the group.

10. Barricades had been put around the Justice Center. From what I observed, people were 6 ft away from the fence. They were chanting hands up don't shoot. We knelt, and were peaceful. We were doing nothing unlawful. The police just kept saying if you touch the fence we'll use force. No one was touching the fence.

Page 2    DECLARATION OF MICHELLE "MISHA" BELDEN

11. My friend is White, so she went to the front of the group, and observed that it was very peaceful. No one was doing anything.

12. Around this time, people started turning away. Suddenly, there was a flash bang then tear gas. Everyone started scattering. We did not know where to run and hide, since there was a barricade, lines of police, and a wall of gas. We got "kettled" with tear gas. I heard approximately fifteen to twenty bangs, and I would estimate that most of them were tear gas.

13. The police started to chase us, and moving us with tear gas. I started feeling the gas heavily. One went off between my legs.

14. I had milk of magnesia, and was able to help five to six people behind me as they were running away. I got separated from my friend. I ended up on Naito and Harvey Milk by the time I was away from the tear gas. It was like a horror movie.

15. I was angry and confused. This was just as peaceful as any protest in the past. If they end in violence, it was always from some police violence. I observed this at a climate protest in 2019. There, I witness a young Black Portlander get taken to the ground despite doing nothing different than the other protesters.

16. In the group, there was a lot of fear. Following this incident, I am left thinking, "Are they just going to kill us?" If they are capable of tear gassing entire City blocks with so much gas I could not find fresh air for several blocks, what else are they capable of?

17. The tear gas made me feel like I was in more danger. If it was not for my fellow protesters, I felt like I could have died out there.

18. You can feel tear gas in the air. It feels way worse than mace. They can rapidly make the air filled. Rubber bullets are about on par in pain, but those are more directed at

individuals. This is not to say that they are not also fired indiscriminately into crowds of protesters. The other day I saw that there was a guy claiming police brutality. There was a part of his leg gone.

19. I left the downtown area via the Burnside Bridge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2020.

DocuSigned by:

_____
BF02E7467F41443...
Michelle "Misha" Belden

Page 4    DECLARATION OF MICHELLE "MISHA" BELDEN