**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB #154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB #174131
Email: ameggitt@ojrc.info
**Franz Bruggemeier**, OSB #163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270
Facsimile: 971-275-1839

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
210 SW Morrison St., Suite 400
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| DON'T SHOOT PORTLAND, et al. | ) | Case No. |
| | ) | |
| Plaintiffs | ) | DECLARATION OF DR. SVEN-ERIC JORDT IN |
| | ) | SUPPORT OF PETITION FOR TEMPORARY |
| v. | ) | RESTRAINING ORDER |
| | ) | |
| CITY OF PORTLAND, a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, Sven-Eric Jordt, declare as follows pursuant to 28 USC § 1746:

1.    I am tenured Associate Professor of Anesthesiology, Pharmacology & Cancer

Biology at Duke University School of Medicine and faculty in Duke's Integrated

Toxicology and Environmental Health Program (ITEHP). My research laboratory

discovered fundamental mechanisms through which smoke irritants, chlorine gas,

tear gas agents, and industrial chemicals cause pain and lung injury. Based on these

discoveries, my group developed treatment interventions for chemical injuries,

supported by the Countermeasures Against Chemical Threats (CounterACT)

program of the National Institutes of Health. Other projects focus on the role of

chemical exposures in environmental allergies (asthma, poison ivy contact

dermatitis), the role of the nervous system in lung health and on the toxicity of

menthol and other flavor chemicals in tobacco products, including electronic

cigarettes.

For these discoveries I received the Presidential Early Career Award for Scientists and Engineers (PECASE) by the President of the United States, the Outstanding New Environmental Scientist Award (ONES) by the National Institute of Environmental Health Sciences (NIEHS) of the National Institues of Health, the Early Excellence Award of the American Asthma Foundation and the 2019 Leading Edge in Basic Science Award by the Society of Toxicology (SOT).  From 2017-19 I served as Chair of the Terrorism and Inhalation Disaster (TID) Section of the American Thoracic Society (ATS), the professional society of lung doctors and researchers in the United States.

A detailed CV is attached to this declaration.

2.  I make this declaration in support of the Plaintiffs' Motion for Temporary Restraining Order.

3.  My laboratory studies the mechanism of pain, lung injury and inflammation, with the goal to develop new treatments for these conditions. Beginning in the late 1990s, I contributed to the discovery of receptors for painful chemical irritants in nerves in the human body that signal pain. We found that tear gas agents such as CS (2-(o)-chlorobenzalmalononitrile) and CN (2-chloroacetophenone) are the most potent pain-inducing agents we know activating these receptors. We also demonstrated that CS tear gas agents can trigger lung inflammation in animal studies. Ongoing studies focus on the toxicological effects of tear gas agents, especially in the skin where CS agent can cause burns and blistering.

4.  Together with Dr. Erik Svendsen, currently Director Director of the CDC's,

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

Division of Environmental Health Science and Practice, I published a landmark review on the effects and toxicity of tear gas agents in 2016, citing and discussing >80 research studies in the field:

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5096012/

I would like to specifically point out studies by the US Military cited in this review, and studies by colleagues of the Turkish Thoracic Society conducted after tear gas deployment in Istanbul, all pointing to adverse effects of tear gas on the lungs. :

a) O-chlorobenzylidene Malononitrile (CS Riot Control Agent) Associated Acute Respiratory Illnesses in a U.S. Army Basic Combat Training Cohort

https://academic.oup.com/milmed/article/179/7/793/4259353

b) O-chlorobenzylidene Malononitrile (CS Riot Control Agent) Exposure in a U.S. Army Basic Combat Training Cohort

https://pubmed.ncbi.nlm.nih.gov/25603650/

c) Evaluation of CS (O-Chlorobenzylidene Malononitrile) Concentrations During U.S. Army Mask Confidence Training

https://pubmed.ncbi.nlm.nih.gov/22010329

d) Identification of Compounds Formed During Low Temperature Thermal Dispersion of Encapsulated O-Chlorobenzylidene Malononitrile (CS Riot Control Agent)

https://pubmed.ncbi.nlm.nih.gov/20391049/

e) Extensive Exposure to Tear Gases in Ankara

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6453633/

f) Long Term Effects of Tear Gases on Respiratory System: Analysis of 93 Cases

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

https://www.hindawi.com/journals/tswj/2014/963638/

g) Health risks of exposure to CS gas (tear gas): an update for healthcare practitioners in Hong Kong

https://www.hkmj.org/abstracts/v26n2/151.htm

h) Transient Receptor Potential Ankyrin 1 Antagonists Block the Noxious Effects of Toxic Industrial Isocyanates and Tear Gases

https://pubmed.ncbi.nlm.nih.gov/19036859

5. Our own discoveries in the mid 2000s represented a paradigm shift in the field. While tear gas was considered a non-specific irritant in the past, we revealed that tear gases specifically target the nervous system to induce pain, representing a category of nerve agent. We also provided a mechanistic explanation for the inflammatory effects of tear gas in the lung, in part mediated by nerve fibers in the lung that trigger cough and bronchoconstriction, such as in asthma. We therefore believe that individuals affected by chronic lung disease, such as asthma or COPD, are especially vulnerable to the effects of tear gas.

Studies by US military epidemiologists cited above revealed that recruits who were routinely exposed to tear gas in training suffered lung injuries, and were more likely to develop respiratory illnesses after the training exposure, following screening for influenza, pneumonia, bronchitis and other conditions, many caused by viruses. Based on these findings the US military reduced tear gas exposure concentrations during training excercises. The US military also found that the burning of CS tear gas agent can produce long-lived toxic chlorinated chemicals that may pose a threat to the environment and need to be studied further.

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

Studies by Turkish doctors, cited above, demonstrate that tear gas exposures can cause long lasting lung injuries resulting in chronic bronchitis and other complications. Doctors in Hong Kong (see citation) also warned of widespread skin, eye and respiratory injuries, and complications during treatment and risks for medical personnel treating exposure victims.

In total, more recent research invalidates the assumption that tear gas is safe and has no long term effects.

6. Current footage and reports on tear gas use in Portland and across the United States points to a fundamental strategic change in the use of tear gas and other riot control agents by police. Police departments have procured large arsenals of tear gas in recent years and deploy them earlier and in amounts much larger than before. Tear gas is not a last resort as in the past, but a first line measure against protesters. In addition to CS, formulations of highly concentrated and potent pepper extracts (OC, Oleoresin Capsicum) are used, some in the form of shells and grenades propelled and ignited by pyrotechnic charges. The safety of these munitions has not been investigated, and it is unknown whether toxic combustion products are generated. Technological development of deployment systems has rapidly advanced in recent years, allowing deployment of larger amounts of tear gas munitions with precision and over longer distances, with potentially more injurious effects and risk of direct hits to protestors that can cause egregious injuries. At the same time, the CDC, State and local health departments and the police have failed to scrutinize the safety of the more potent munitions, their burn byproducts and the scaled up deployment. There

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

are currently no short or long-term studies conducted by any US institution investigating the health consequences of tear gas use at the current scale.

7.   The safety assumptions for tear gas are mostly based on studies from the 1950s-70s on young and healthy police and military personnel that disregarded the diversity of protestors and affected residents that include children, elderly, persons with chronic respiratory or cardiovascular illnesses such as asthma, high blood pressure, irregular heartbeat and others. Studies using modern epidemiological and toxicological methods are lacking. The cited findings by the US military of widespread lung injury caused in training exercises using tear gas suggest that the risks associated with tear gas were underestimated in the past. The military therefore decided to significantly reduce exposure concentrations in training. Our data identifying pain nerves as a first target of tear gas agents point towards neurological effects such as chronic pain, loss of sensation and nerve inflammation.  Studies by the EPA suggest that the pathway activated by tear gas can promote cardiac arrhythmia (irregular hearbeat), a big risk for persons in poor cardiovascular health. Children among the protestors are especially vulnerable to tear gas due to their low height since tear gas smoke and aerosols are heavier than air. Children also have a much smaller lung surface area, making them especially vulnerable to injuries. Pregnant women are also at high risk, and Physicians for Human Rights noted an increase in miscarriages after tear gas use during the Arab Spring protests.

8.   As reported by the US military, a single exposure to CS tear gas increased the risk of presenting with a respiratory illness in the week after the exposure. Indications included influenza, pneumonia and bronchitis. These conditions are caused by viruses,

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER

suggesting that tear gas increases the susceptibility to pathogens. Reactive chemicals

such as CS are known to degrade the defenses us the lung that prevent viral and

bacterial infections, by depleting antioxidant systems in the mucus, and degrading the

capability of the lung to clear pathogens. I, and many expert colleagues, share the

concern that tear gas agents may increase the risk of spreading COVID-19, by

promoting coughing, sneezing, screaming and vomiting of persons who might be

asymptomatic carriers. Moreover, tear gas may injure the respiratory system of

protesters and make them more susceptible to infection by COVID-19. Many of the

exposed have to remove protective masks due to contamination with CS, thereby

exposing themselves to airborne Covid-19 and spreading the virus. Tear gas is used in

police tactics such as kettling that confine protestors in smaller areas, preventing

safety distancing and increasing the risk of infection. Therefore, I strongly support a

moratorium of tear gas use while the Covid-19 pandemic is active in Portland and

across the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on June 8, 2020.

Dr. Sven-Eric Jordt

DECLARATION OF DR. SVEN-ERIC JORDT IN SUPPORT OF
PETITION FOR TEMPORARY RESTRAINING ORDER