**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>    Defendant. | Case No.  3:20-cv-00917-HZ<br><br>DECLARATION OF GABRIEL TRUMBLY IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER |

Page 1 – DECLARATION OF GABRIEL TRUMBLY

I, Gabriel Trumbly, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. I am currently a resident of Portland, OR. I am a Portland State University student, in student government, a Paralegal, and the owner of a small photography business.

3. I have been curious about the reality of protests for the past few years. I have recorded other major protests. I always go as just an observer and recorder; I do not partake in any form of protest, and I will talk to people on all sides of the issues being protested.

4. I filmed the linked video on June 1, 2020, on SW 4th Ave., between Salmon and Taylor Streets.

5. The video is accessible here: https://youtu.be/4Naoau6hUY4

6. Below is a description of my experience, which you can see in the video.

7. I went out on May 31, 2020, and was inspired by the peaceful protest, and the fact that the police seemed to leave the march across the bridge completely alone.

8. On June 1, 2020, a friend from PSU student government and I went to Pioneer Square to check out the demonstration and get some good videos and photos.

9. While at Pioneer Square, we heard that the police had indicated that there was criminal activity a block away. As the crowd shifted there, my friend and I did as well.

10. I recorded video at the fence on SW 4th, between Salmon and Taylor. I observed police wearing full gas masks with shaded eyes, and no nametags stand motionless

as protesters yelled, some profanity, some chants, and some asking reasonable questions, like "What's your badge number?" and "What's your name?" No officers responded to anyone in the crowd.

11. Portland Police then began ordering the crowd to leave the fenced area. After a few announcements, the crowd started moving up Taylor St. and away from the fence. As we were walking up Taylor, from 4th to 5th, I saw the crowd halted by a wall of police. Again, some of the crowd yelled profanity and some chanted.

12. The police then shot tear gas over my head, trapping me in between the police line and the tear gas. Then there were more explosions and more tear gas. I could barely see as my eyes watered and burned and my lungs felt like they were filling with fire. I powered through the panic that sinks in when you feel like you can't breathe.

13. As I collected myself, I found myself trapped between a fence I was told to leave, and a wall of tear gas that would make me feel like I was suffocating. I decided to sit there and collect myself, wait for the gas to dissipate, and get my friend home, because what was happening seemed like too much for her. I looked around and saw people doubled over, spraying water, and milk in their eyes.

14. Then, on a loudspeaker behind me, I was ordered to leave. I asked, "where am I supposed to go?" After asking this twice, I heard a real person on the loudspeaker ordering me to go North, under threat of more tear gas, impact munitions, and/or arrest. I was dumbfounded that my government was ordering me to choose either the pain and feeling like I am suffocating again from the tear gas or face more violence and arrest. As I was walking through the clouds of chemicals, I was then ordered by another officer to walk back through the tear gas the other way.

15. After that, my friend understandably went home, which many others also choose to do. I believe that that was the goal of the Portland Police. As I waited with her for her ride to come, I reflected on what had happened. A crowd of American citizens who were protesting police brutality were lured into a dead end at a fence that I saw the Portland Police reposition only an hour earlier. We were then chased out of the dead end by threats of violence or arrest. We were immediately chased back into the dead end by chemicals that made me feel like I was dying. Then we were ordered, under threat of more violence, to walk back into tear gas.

16. I am generally not black and white about things. But these actions by the police were unacceptable. This was plain wrong.

17. How am I supposed to trust my government after that string of events? I am now interested and engaged even more, and I am now watching and recording every night. I wanted to be a prosecutor before because I thought police just needed a little more accountability from the people they work with daily, at least in Portland. I now have no idea where to even begin; the PPB, MCSO, and OSP are acting like 5th grade bullies, and using military tactics to beat the will to protest for change out of its citizens.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 9, 2020.

*Gabriel Trumbly* (DocuSigned)
Gabriel Trumbly

Page 4 – DECLARATION OF GABRIEL TRUMBLY