**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

Page 1        DECLARATION OF JAMES B. COMSTOCK

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>　　　Plaintiffs<br><br>　　　v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>　　　Defendant. | Case No.  3:20-cv-00917-HZ<br><br>DECLARATION OF JAMES COMSTOCK IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER |

I, James Bryce Comstock, declare as follows pursuant to 28 USC § 1746:

1. I am a private investigator licensed by the State of Oregon. My PSID number is 52647.

2. I reside in Tigard, Oregon.

3. On June 7, 2020 I was hired by Attorney Jesse Merrithew to perform investigative tasks related to the above captioned case.

4. At the request of Mr. Merrithew, I downloaded video posted at the following internet links:

    https://twitter.com/alexmilantracy/status/1268124731024130049?s=21

    https://twitter.com/matcha_chai/status/1268043556913987584?s=21

    https://twitter.com/mrolmos/status/1268100447371288576?s=21

    https://twitter.com/alexmilantracy/status/1268110133478875141?s=21

    https://twitter.com/mrolmos/status/1268072714926878720?s=21

    https://twitter.com/astuteaf/status/1268125169890938882?s=21

    https://twitter.com/alex_zee/status/1268069155967664128?s=21

    https://twitter.com/alex_zee/status/1268067688816893952?s=21

5. Files containing the video downloaded from the above internet links are attached to

this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 7, 2020.

*/s/ James Bryce Comstock*

James Bryce Comstock