AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Don't Shoot Portland; Nicholas Roberts; Michelle Belden; Alexandra Johnson

*Plaintiff(s)*

v.

City of Portland; Multnomah County

*Defendant(s)*

Civil Action No. 3:20-cv-917-HZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Multnomah County
Multnomah County Attorney
501 SE Hawthorne Blvd., Suite 500
Portland, OR 97214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew & Viktoria Safarian, Levi Merrithew Horst PC, 610 SW Alder St., Suite 415, Portland OR 97205
Juan Chavez, Brittney Plesser, Alex Meggitt & Franz Bruffemeier, Oregon Justice Resource Center, PO Box 5248, Portland OR 97208
J. Ashlee Albies, Whitney Stark, Maya Rinta, Albies & Stark, 1 SW Columbia St., Suite 1850, Portland OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **06/24/2020**

By: **s/J Norgate**, Deputy Clerk