**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

Page 1 -- DECLARATION OF AUBREY DANNER IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>  Plaintiffs<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the state,<br><br>  Defendants. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION OF AUBREY DANNER IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT<br><br>ORAL ARGUMENT REQUESTED<br><br>EXPEDITED HEARING REQUESTED |

I, Aubrey Danner, declare as follows pursuant to 28 USC § 1746:

1.  I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2.  On June 25, 2020, I attended a candlelight vigil at the Justice Center (JC) for all those who have been killed by police. After the vigil, at around 1:00 a.m., I went with some friends to the Portland Police Bureau North Precinct near the corner of NE Martin Luther King Jr Blvd. and NE Killingsworth St.

3.  When I arrived, I saw a fire in the middle of the crosswalk along the south side of NE Killingsworth across NE MLK Blvd. It seemed very calm that that time. Protesters were standing in and just north of the intersection. The police line seemed to be almost a block south of the intersection. It felt relaxed, and many protesters were working to keep the fire in the crosswalk safe and prevent it from getting out of control.

4.  Shortly after I arrived, I saw that a board covering the window of the Mid-K Beauty store

was on fire. Within a couple of minutes after it caught fire, the protesters put it out. It was a small fire that lasted only a little while. The fire was on the north side of the building, away from the police precinct and on the other side of the building from where the line of riot police was.

5. After the fire was out, I was surprised when the line of riot police attacked the protesters with tear gas, flashbangs, and pepper balls. The police also gave instructions to leave. Protesters began running and moving back. Although we had done nothing to warrant any attack or arrest, I was with some friends who are unable to run from police and their attacks, so we walked back to the car so that they would not be trampled or hit with projectiles and tear gas.

6. On the short walk back to the car, the police shot towards us with pepper balls. On my way back to the car and once we got to the car, I saw the police riot line push the demonstrators out of the intersection using tear gas and shooting them with projectiles. I did not see any protesters resisting being pushed back at any time and did not see any protester throwing anything at the police.

7. It was scary how quickly and surprisingly that the scene had gone from calm nothing to the police being so violent so quickly. I saw the police line sprint down the block, charging at the retreating protesters. I got in the car and drove down the side streets to look for our friends. I saw a lot of street medics treating people's eyes on the corner of MLK and one of the side streets. I saw the medics treating people's eyes. I asked if they needed help, and the medics said that they were okay and were treating people for gas-related injuries. There was a lot of smoke and gas in the air. In my experience, medics only treat people's eyes when people have been exposed to tear gas or pepper spray and not for smoke exposure.

Page 3 -- DECLARATION OF AUBREY DANNER IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT

8.  It was not until over an hour after the police began using tear gas and weapons that a retail clothing store was broken into.

9.  The following night, Friday, June 26, 2020, I attended the demonstration at the JC along with hundreds of others.  Around 10:30 or 11:00 p.m., I heard a loud explosion on the north side of the JC where, like the whole of the JC building, all of the openings, windows, and doors of the building are covered in plywood into which the police have cut doors and small gun port windows.  I have seen them open the plywood doors or their small gun port windows to shoot people with impact weapons and throw flash bangs at people.  Soon after I heard the explosion, I went to see what had happened.  I saw a man lying on the ground, unmoving and seemingly unconscious.  He was bleeding a lot from his head.  An ambulance came, and I saw them lift his limp body onto a stretcher and put him into the ambulance.

10. I have not heard what happened to that person, and I am worried for their safety.

11. Later that night, when the police line pushed us out of the park, they did not use any force or weapons to push us all back.  Again, no one resisted being pushed back by the line of police.  To me, that shows that the violence and weapons that the lines of riot cops have been using to disperse protest is not needed.  The protesters are always moving in the direction they are told to move and moving in front of the police lines, not resisting being dispersed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2020.

_____
Aubrey Danner (Jun 29, 2020 19:17 PDT)
Aubrey Danner

Page 4 -- DECLARATION OF AUBREY DANNER IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT