**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the state,<br><br>Defendants. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT<br><br>ORAL ARGUMENT REQUESTED<br><br>EXPEDITED HEARING REQUESTED |

I, Gabriel Trumbly, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. I am currently a resident of Portland, OR. I am a Portland State University student, in student government, a Paralegal, and the owner of a small photography business.

3. I have been curious about the reality of protests for the past few years. I have recorded almost every major protest that the news indicated was out of control or had police misconduct. I always go as just an observer and recorder; I do not partake in any form of protest, and I will talk to people on all sides of the issues being protested.

4. I filmed the linked videos on June 27, 2020, on SW 3rd Ave., Salmon and Main Streets. The videos were filmed at the same time with different cameras.

5. The videos are accessible here:

   https://youtu.be/EKjWt0_6HIY -- Video is two minutes and 55 seconds long.
   https://youtu.be/LVueQuNMzAY -- Video is six minutes and 27 seconds long.

6. Below is a description of my experience, which you can see in the video.

7. I went out on June 27th, 2020, as I have nearly every day for the past month. My experiences have been mixed, some days I have seen the Portland Police Bureau (PPB) follow their directives, and MCSO follow their policies and procedures, as well as abide by court orders perfectly.

8. For the most part, I have seen PPB clear protesters from barricaded positions by simply walking towards them, without even shoving, and that is intimidating enough that people move out of the way.

9. On June 27th, like many other nights, protesters had constructed a makeshift barricade, and I understand the police feeling they needed to clear the barricade from the corner of SW 3rd and Main. On that night, up to the point of the aforementioned video, I had not witnessed any of the protesters on that night throw any objects, only insults. Being near the crowd leading up to the police clashing with the crowd, the general sentiment was to just hold their ground at the corner, to passively resist the incoming march from the police line.

10. I was shocked at the immediate violence enacted by the police when they reached the line of protesters. The front line of protesters was simply people on their knees with makeshift shields, carboard, wood, and umbrellas. The police ripped those things from the protester's hands then shoved the protesters to the ground. (Shorter video at around 40 seconds; longer video at 1:50)

DocuSign Envelope ID: 8B54F7A7-8D1B-4CE9-9D4D-95F90CFA7602   Case 3:20-cv-00917-HZ   Document 57   Filed 06/30/20   Page 4 of 4

11. Then I witnessed actions which seemed to have the intent to injure and inflict terror in the citizens protesting, police began grabbing the goggles from the faces of protesters, who had just been shoved to the ground, then spraying pepper spray directly in their eyes. (Shorter video at 44 seconds). I have been in contact with pepper spray many times, I can confidently say that receiving pepper spray with or without goggles will hurt and pacify me either way. The police then sprayed more pepper spray indiscriminately on the crowd of people. (Shorter video 1:10; longer video at 2:18). The crowd was being forced in the direction of Madison from Main, then MCSO officers appeared from the direction of Madison with batons began shoving the crowd towards 4th.

12. In the videos you can also hear many of the distinct popping sounds of the compressed-air gun that the police use to shoot what are often called pepper balls. They are actually hard plastic bullets with metal grains in the tip and they often have some pepper irritant powder behind the metal grains. (Shorter video at 1:09; longer video at 2:18).

13. You can also see and hear the explosions of concussion grenades or flashbang grenades. (Shorter video at 1:21; longer video at 4:10; 4:21; 5:48)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 29, 2020.

*Gabriel Trumbly*
7881FE84F634486...

Gabriel Trumbly