**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

Page 1    DECLARATION OF MAGGIE SISCO IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>    Defendant. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT<br><br>ORAL ARGUMENT REQUESTED<br><br>EXPEDITED HEARING REQUESTED |

I, Maggie Sisco, declare as follows pursuant to 28 USC § 1746:

1.   I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2.   I am a thirty-seven year old white business-owner.

3.   On Thursday, June 25, 2020 around midnight, I arrived with a group of other people at the protest taking place near the Portland Police Bureau's North Precinct on the 5400 block of NE Martin Luther King Jr. Boulevard.  The group I was with included a pregnant minor.  I saw children and elderly people protesting.

4.   I saw a crowd of people standing in the street, nonviolently protesting.  I saw a dumpster on fire, but I did not see anyone throwing or breaking anything, or lighting anything on fire.  I heard the police announce on the loudspeaker for the crowd to "go the other way."  The police did not announce which way they wanted us to move or a timeline for leaving.  We were all very confused and were trying to figure out which way to go.  Suddenly, the police started tear gassing the crowd.  Although I had a cloth face mask on, I started gagging, coughing, sneezing,

Page 2    DECLARATION OF MAGGIE SISCO IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN CONTEMPT

and my eyes started watering uncontrollably. People around me were responding similarly. The tear gas caused immediate respiratory distress with my asthma forcing me to leave the premise quickly, separating me from the group. We all met up a block away and tried to wait it out. About 45 minutes to an hour later, we walked back to that area to see if people needed help. We could still smell the gas and it caused me to sneeze more.

5. My asthma symptoms have increased significantly since Thursday night. I have had to triple my dosage of my Albuterol Sulfate inhaler. I continue to have a lot of mucus in my nose and throat. I am experiencing chest pain internally from the coughing and it is raw and feels as though someone took a cheese grater to my lungs.

6. On Saturday, June 27, 2020, I attended a protest downtown near the Justice Center from around 10pm to 1am. I was standing in a corridor on the sidewalk on SW Main Street between SW 5th and SW 6th. I heard an announcement from the police declaring an "unlawful assembly" because there were people standing in the road. The police started pushing us back, but did not tell us where to go. We believed we were in an area that had not been shut-down. I followed the police orders by walking in the direction they were pushing us. I was walking backwards so that I could record the officers. An officer told me to turn around and I told them that I would not turn around because I did not want to be struck in the back of the head while we were following orders. In response, the officer pushed me, I fell down hard and the officer kicked my cell phone away from me. Fortunately, I was wearing my motorcycle helmet and a leather jacket, so I was not seriously injured.

7. Later that evening, I witnessed two police officers rush a person to arrest them in Lowensdale Square near SW 3rd. In the process, I witnessed one of the officers kick a shopping cart being pushed by an unhoused person back at them, hitting them in the stomach and knocking them down. This person appeared to be neurodiverse or have diverse abilities and was

Page 3    DECLARATION OF MAGGIE SISCO IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW
             CAUSE WHY DEFENDANT CITY OF PORTLAND SHOULD NOT BE HELD IN
             CONTEMPT

not engaged in the protests or interfering with the police. This person was simply near the vicinity.

8. At no time during these events did I witness anyone in my group (including me) throw anything, break anything, or start any fires. At no time during these events did anyone in my group (including me) throw anything, break anything, or start any fires.

9. Due to the escalating violence from PPB officers, I am increasingly afraid for my health and safety at protests in Portland. I will continue to go because Black people's health and safety is put at risk all the time and I feel it is my obligation, as a white person, to continue protesting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2020.

_____
Maggie Sisco (Jun 29, 2020 16:20 PDT)
MAGGIE SISCO