J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF MICHAEL KRANTZ**<br><br>**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction and Motion for Contempt)** |

I, Assistant Chief Michael Krantz, declare as follows:

1. I am employed by the City of Portland as an Assistant Chief in the Portland Police Bureau ("PPB" or "the Bureau"). I have been a police officer for the City of Portland since

Page 1 – DECLARATION OF MICHAEL KRANTZ

1993. Currently, in addition to my role as Assistant Chief, I am also frequently in the role of Incident Commander for crowd management/crowd control occurrences that take place within the City.

2. By way of background, I attended the State of Oregon's Police Academy in 1994. This was approximately a 10-week program. While I have been employed with the City of Portland, I have attended the Bureau's annual in-service trainings, which typically last about one week. The annual in-service training will cover various law topics.

3. I have received training both from the state police academy and from the Bureau's Training Division at annual in-service training.

4. I have also received training both from the state police academy and from the City of Portland's Police Bureau's Training Division at annual in-service training, regarding the lawful use of physical force or control.

5. I have also received special training in crowd management/crowd control management and have used that training in my role as a crowd management Incident Commander. Among other things, I completed the Government Training Institute's Public Order Management course, and I have taken FEMA's Emergency Management Institute All-hazards Operations Section Chief, and an All Hazards Incident Commander course and other specialized training in public order command.

6. On May 31, 2020, I was the Incident Commander and the following events occurred:

    a. Protests on May 31, 2020 started in the early afternoon. At approximately 1:40, there were a number of people in the street on SW 3rd Avenue and Main Street on the westside of the MCDC. The sound truck announced that SW 3rd Avenue was open to traffic and instructed 100 protestors to leave the roadway about 12 people were sitting or lying in the road. Approximately 20 minutes later, at 2:00 p.m., officers began to clear the roadway, and move people into the park as the sound truck made announcements. Just after 2:00 p.m., a

Page 2 – DECLARATION OF MICHAEL KRANTZ

protestor asked to speak with officers, and Sgt. Sutton had a dialogue with that person. Based on this dialogue PPB believed that it had reached an agreement that the protestors would remain out of the street on the sidewalk and in the parks to allow traffic through. At approximately 2:20, protestors asked a group of officers to take a knee, which they did. At 3:33 p.m., the sound truck announced "Please honor our agreement, move to the sidewalk, and into the park now." PPB observed that this crowd appeared to largely comply with that request, estimating that 90% of the group had moved out of the street.

b. It was at this time, it was reported to me that this compliant group was replaced by a confrontational, aggressive and violent group.

c. Just after 4:00 p.m., I received reports that some individuals in the crowd began throwing bottles and other projectiles at officers. The sound truck announced three times that "If you remain in the roadway and show the intent to engage in physical resistance to removal, or if emergency circumstances require, you may be subject to uses of force, including riot control agents and impact weapons." This violent and aggressive group advanced on officers from 3rd Avenue and almost all the way to 2nd Avenue. After the crowd did not respond to the announcements and continued to throw projectiles, I authorized the use of CS gas at 4:18 pm. The one deployment of CS gas worked as this crowd retreated to 3rd and Main, and stopped aggressive assaults on officers.

d. At approximately 4:30 p.m. I received reports that officers continued to have projectiles thrown at them, including large D size batteries. At 4:55 p.m. the protest liaison again spoke to the crowd and let them know that PPB would pull back its resources if the group would stay out of the streets. PPB even

    allowed a protestor to use the City's public address system to ask fellow protestors to move into the Lownsdale and Chapman parks.

  e. At approximately 5:18 p.m. protesters started marching out of the parks and moving northbound towards Pioneer Square and then marched back towards SW 3rd Avenue and SW Main. PPB tweeted "Portland Police appreciates demonstrators who have moved out of the street and remained peaceful."

7. At approximately 5:52 p.m., another group of protesters began gathering at Laurelhurst Park. By 6:21 p.m. about 1000 people had gathered at Laurelhurst Park and began marching to SE Precinct. The sound truck announced "We have the roads blocked for your safety. Please continue on your path to the east. We want to facilitate your march Continue east with the rest of your group. We are here to facilitate your march to the east safely." Similar announcements were made to this group. PPB estimated that this group involved over a couple of thousand people.

8. I make this declaration in support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction and Motion for Contempt.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 07/06/2020

_Michael Krantz_

Page 4 – DECLARATION OF MICHAEL KRANTZ