J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, | 3:20-cv-00917-HZ

**DECLARATION OF SCOTT PARTRIDGE**

**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction)** |
| **PLAINTIFFS,** | |
| v. | |
| CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State, | |
| **DEFENDANTS.** | |

I, Scott Partridge, declare as follows:

1.  I am a Crime Analyst with the Portland Police Bureau. I have held this position since

    June 2000.

Page  1  –  DECLARATION OF SCOTT PARTRIDGE

2.  Utilizing a spreadsheet attached as Exhibit 3 to the Declaration of Jason Andersen, I plotted on Google Earth maps the location of fires that were attributed to areas of civil unrest between May 29, 2020 and July 1, 2020.

3.  Attached to this declaration as Exhibit 4 is a true and correct copy of the maps.

4.  I make this Declaration in Support of the City's response to Plaintiffs' Motion for Preliminary Injunction.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED:  _____

*Due to live Ex. link, see attached signature page*
Scott Partridge

Page  2  –  DECLARATION OF SCOTT PARTRIDGE

2. Utilizing a spreadsheet attached as Exhibit 3 to the Declaration of Jason Andersen, I plotted on Google Earth maps the location of fires that were attributed to areas of civil unrest between May 29, 2020 and July 1, 2020.

3. Attached to this declaration as Exhibit 4 is a true and correct copy of the maps.

4. I make this Declaration in Support of the City's response to Plaintiffs' Motion for Preliminary Injunction.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: *7/2/2020*

Scott Partridge

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047