J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, <br><br>PLAINTIFFS, <br><br>v. <br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State, <br><br>DEFENDANTS. | 3:20-cv-00917-HZ <br><br>**DECLARATION OF OFFICER TAYLOR RETHMEIER** <br><br>**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction)** |

I, Taylor Rethmeier, declare as follows:

///

///

Page 1 – DECLARATION OF TAYLOR RETHMEIER

1. I have been an officer with the Portland Police Bureau for 4 years. I am currently assigned to the patrol division. I was hired by the Portland Police Bureau in July 2015. My primary assignment is as a patrol officer in Central Precinct.

2. On June 25, 2020, I was assigned to the Mobile Field Force at Central Precinct. I was assigned as a less lethal munitions operator. North Precinct requested assistance for a crowd that had gathered around North Precinct. The crowd was hostile and armed with projectiles, shields, and improvised explosives. I observed violent person and property crimes occur.

3. At approximately 0030 hours on June 26, 2020, officers were trying to move the crowd away from the precinct building. A portion of the crowd began to engage in active aggression and attacked officers. I saw a white male with a shield, who was pushing, hitting, and using his shield against an officer who was trying to push him northbound on NE Martin Luther King Jr. Boulevard. I launched a 40 mm sponge round from approximately 20 feet away into the male's left thigh, which made contact with the subject's leg.

4. I also observed an individual wearing dark clothes and a mask, who was running toward us with an unidentified object in his right hand. The object appeared similar to a bottle or chunk of rock or wood. I believed the object was capable of causing serious harm to an officer if thrown. The individual cocked his arm back in a throwing motion. I deployed one 40 mm sponge round to the subject's belt line as he threw the object.

5. I make this declaration in support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 7/3/20

Page 2 – DECLARATION OF TAYLOR RETHMEIER