JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Senior Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
Email: andy.jones@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DON'T SHOOT PORTLAND, NICHOLAS ROBERTS, MICHELLE BELDEN, ALEXANDRA JOHNSON,<br><br>              Plaintiff,<br><br>  v.<br><br>CITY OF PORTLAND and MULTNOMAH COUNTY,<br><br>              Defendants. | Civil No. 3:20-cv-00917-HZ<br><br>DECLARATION OF MICHAEL REESE IN SUPPORT OF DEFENDANT MULTNOMAH COUNTY'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION |

I, Michael Reese, under penalty of perjury, declare as follows:

    1)    I am the Sheriff of Multnomah County, and I have personal knowledge of everything in this Declaration. I am competent to testify to everything in this Declaration, and make this Declaration for the Court's consideration.

Page 1 –  DECLARATION OF MICHAEL REESE IN SUPPORT OF DEFENDANT
          MULTNOMAH COUNTY'S RESPONSE TO MOTION FOR PRELIMINARY
          INJUNCTION

2) I stand with the family of George Floyd and with all those who are grieving, seeking justice and working to end the racial inequities in our Country. The unconscionable criminal acts that led to his death have brought us to a remarkable turning point where we must face our current and historic racism or we will never move forward.

3) As I explained in my June 8th, 2020 declaration, one of my responsibilities as Sheriff is the safe and secure operation of the Multnomah County Justice Center. I gave some detail in my June 8th declaration about property destruction, arson, and other life and safety threats to the people who work and live in the Justice Center. Since June 8th, 2020, individuals have continued to create life and safety threats in the area around the Justice Center, and the Sheriff's Office has and will keep deputies on site to maintain the safety and security of the people inside the Justice Center.

4) In addition to Sheriff's Office operations, the Justice Center serves as the Portland Police Bureau's Central Precinct. It houses County administrative offices for Records staff, as well as Department of Community Justice personnel. The Justice Center houses Multnomah County Corrections Health staff who provide medical care to inmates at MCDC and Inverness jail. The Justice Center houses four courtrooms used Monday through Friday by the Oregon Judicial Department to conduct initial hearings and other hearings as necessary. The Justice Center's safe continued operation is vital to multiple agencies and to people who work and reside in the facility.

5) The Multnomah County Sheriff's Office respects the value and sanctity of human life and recognizes the inherent dignity of every person. Our work requires deputies, when needed, to use effective and reasonable physical force and tactics to preserve life and safety

Page 2 –   DECLARATION OF MICHAEL REESE IN SUPPORT OF DEFENDANT
           MULTNOMAH COUNTY'S RESPONSE TO MOTION FOR PRELIMINARY
           INJUNCTION

under the totality of the circumstances.  The Sheriff's Office understands that investing members with the authority to use physical force to protect the public welfare creates a solemn obligation to guide members as they balance the important social and individual interests involved.  Throughout the last month, Sheriff's deputies have needed to use force to preserve life and safety of the public, of themselves and other deputies and officers, and of the individuals in the Justice Center.  Deputies are responsible for adhering to Sheriff's Office policies pertaining to use of force and command staff will review use of force incidents for compliance with applicable agency policies and with applicable law.

6) I strongly support the right to demonstrate and for people to use their individual and collective voices to express grief, outrage and call for action.  Since May 29th, 2020, there have been large gatherings of peaceful protesters who have elevated these injustices to a necessary and consequential level.  While at the same time law enforcement is responding to the actions of those who have co-opted this peaceful protest movement to make the Justice Center a nightly focal point for violent conflict, I have tried to show my support for those peacefully speaking out against oppression.

7) I realize as the Sheriff I am in a unique position to listen to the concerns and issues raised by the demonstrators over the past month.  I have tried to honor the obligations of my office by listening and by showing my support to those who peacefully advocate for changes to our public safety systems.  I have been honored and humbled to join members of our community in demonstrations, as well as listening to community members and leaders who share their stories with me in an open and honest conversation about historical injustices and inequities and the changes needed to build a safe, equitable, and accountable public safety system.

Page 3 –   DECLARATION OF MICHAEL REESE IN SUPPORT OF DEFENDANT
              MULTNOMAH COUNTY'S RESPONSE TO MOTION FOR PRELIMINARY
              INJUNCTION

8)	In the past month, I have been able to speak with many different community members about their views and hopes for a future of the Multnomah County Sheriff's Office and public safety in general.  I have been able to join other elected officials and members of local law enforcement in meeting with demonstrators about their views on how we in law enforcement could better hear and understand the community we serve.  I have been able to march alongside demonstrators calling for change in our East County communities.  I have been able to have ongoing conversations with civic leaders, advocates, and community leaders about these same issues.

9)	I am committed, so as long as I have the honor of serving as Sheriff of Multnomah County, to continuing this dialogue and working to better serve our community as a whole.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 6th day of July, 2020.

/s/ **Michael Reese**

Michael Reese

Page 4 –   DECLARATION OF MICHAEL REESE IN SUPPORT OF DEFENDANT MULTNOMAH COUNTY'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION