J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF ERIK STROHMEYER**<br><br>**(In Support of Defendant City of Portland's Response to Plaintiff's Motion for Preliminary Injunction)** |

I, Erik Strohmeyer, declare as follows:

1. I am employed by the Portland Police Bureau.  I am a sergeant with the Narcotics and Organized Crime unit.

Page  1  –  DECLARATION OF ERIK STROHMEYER

2. On Saturday May 30, PPB sent out teams to examine the damage along the protest march route on May 29/30, 2020 through North/Northeast Portland and the Downtown Corridor.

3. The work of the teams was compiled and documented, and a summary follows:

- Nordstrom Rack, 601 SW 2nd- Broken Windows
- Pedego Bikes, 412 SW 2nd – Broken Windows
- All parking lots and buildings down 2nd Avenue – graffiti
- Erickson Salon – 2nd/Burnside – broken window/graffiti
- Naito/Yamhill – graffiti
- 2nd/Jefferson – graffiti
- Federal Courthouse – graffiti
- Justice Center – lots of graffiti and broken windows on 3rd Street
- Elk Monument – graffiti
- Apple Store – 4th/Yamhill – lots of broken windows and graffiti
- Louis Vuitton – 4th/Yamhill - broken windows
- Pioneer Place – Aveda – broken windows
- Starbucks – 4th/Morrison – broken windows
- CVS and Portland Luggage – 4th/Washington – broken windows and graffiti
- 310 SW 4th – broken windows
- 209 SW 4th – graffiti
- Car – 3rd/Burnside – broken and smashed
- Scientology – 3rd/Oak – broken windows
- Killer Burger and Estate Jewelry – 3rd/Washington – broken windows and graffiti
- America's Best – 3rd/Alder – broken windows
- Microsoft Store – 3rd/Yamhill – broken windows
- Foot Traffic – 3rd/Taylor – broken windows
- USPS – 5th/Pine – broken windows
- Food Carts – 5th/Oak – graffiti
- Washington Federal Credit Union – 5th/Alder – broken windows
- Pioneer Place – broken windows
- Sprint – 5th/Salmon – broken windows
- 11/Couch – Starbucks, broken windows
- 9/Couch – Candy, broken window
- 5/Burnside- Tagging
- 10/ Harvey Milk– Smashed windows
- Broadway/Harvey Milk – Tagging
- 6th/Harvey Milk- 5 smashed windows
- 5th/Pine-broken window
- 10th/Alder-Target, all windows
- 9th/Alder- Mercentile Portland, Tagging and broken Windows
- Alder/Broadway- Tagging and broken windows
- Alder/6th- Rite Aid, heavy window damage.  Beaver Store, 5 plus windows smashed.
- 6th/Washington-  Fire
- 10th/Morrison- Persian, Windows broken
- 9th/Yamhill-Indochino, window broken
- 6th/Yamhill- Chase Bank, Windows smashed, tagging
- 6th/Morrison- Wells Fargo, windows and tagging
- Broadway/Morrison – Capital One, windows and tagging

Page  2  –   DECLARATION OF ERIK STROHMEYER

- 8th/Morrison- Michael Allens -graffiti
- 10th/Salmon- Bike Gallery, window
- 10th/Yamhill – smashed bus shelter
- 6th/Main- tagging
- Starbucks @ 525 NE Grand Ave– Broken out glass entry door
- Metro Building @ 600 NE Grand Ave– Broken window 2'x 4'
- Large building at NE Grand/NE Holladay– Broken window 10' x4'
- AT&T @ 410 NE Broadway– Broken window 4' x 6'
- Verizon @ 1604 NE MLK– multiple windows broken out, store looted (FED and Dets on scene)
- Starbucks @ 1503 NE MLK– Significant graffiti
- Burgerville @ 1135 NE MLK– Multiple glass entry doors and windows broken out
- Starbucks @ 1017 NE MLK– Two large windows 5' x 8" broken out
- Columbia Bank @ 717 NE Grand Ave– Broken window 3' x 5'
- 10th Avenue Liquors@ 925 SW 10th – Smashed door/ windows/ Store Looted
- Target @ Corner SW 10th/ Morrison – Windows smashed- Store looted
- Compound PDX 625 SW 10th – Display window smashed- Store looted.
- Jake's Grill@ 611 Sw 10th - Window Broken
- Poler Camping @ 413 SW 10th – Display window broken – Store looted.
- Starbucks @ 1039 NW Couch St – Door glass broken.
- Whole Foods @ 1210 NW Couch- Rock thrown through window.
- Persian House @1026 SW Morrison St. Windows broken, Liquor stolen
- Bike Gallery @ 1001 SDW 10th– Window broken – Several bikes stolen
- Henry V- 6360 NE MLK Blvd- graffiti along the wall in front of building
- Walgreens- 6116 NE MLK Blvd- graffiti along the MLK side of building
- Starbucks- 6003 NE MLK Blvd- graffiti MLK sign
- Bank of America- 5775 NE MLK Blvd- ATM glass smashed, graffiti on building
- Wells Fargo Bank- 5730 NE MLK Blvd- Window smashed, ATM graffiti, graffiti on building
- US Bank- 5505 NE MLK Blvd- Window smashed, graffiti on building wall
- Walnut Park Building- 5330 NE MLK Blvd- graffiti on MLK side of building
- O'Reilly Auto Parts- 5212 NE MLK Blvd- graffiti along MLK side
- 7-11- 5150 NE MLK Blvd- graffiti on MLK side
- Pizza Hut- 5020 NE MLK Blvd- graffiti MLK side
- Moda Studios- 4905 NE MLK Blvd- extensive graffiti on MLK side of building
- United Fire- 4611 NE MLK Blvd- extensive MLK side graffiti
- Nike- 2650 NE MLK Blvd- window breaks, building graffiti
- Harder Mechanical- 2148 NE MLK Blvd- building graffiti
- Oregon First Realtors- 2106 NE MLK Blvd- building graffiti
- Yoga PDX- 1915 NE MLK Blvd- building graffiti
- Transmission Exchange- 1803 NE MLK Blvd- graffiti along MLK side of building

4. Attached to this declaration as Exhibit 1, is a sample of the photographs of the damaged listed above by the team.

///

///

Page 3 – DECLARATION OF ERIK STROHMEYER

5. I make this Declaration in Support of the City's response to plaintiff's Motion for Preliminary Injunction.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: July 2, 2020

_____
Erik Strohmeyer

Page 4 – DECLARATION OF ERIK STROHMEYER