J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>      **PLAINTIFFS,**<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>      **DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF OFFICER ANTHONY WHITMORE**<br><br>**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction)** |

I, Anthony Whitmore, declare as follows:

    1.    I have been an officer with the Portland Police Bureau for over four years. I am currently assigned to the North precinct, patrol division, C shift. My training has included the

Page 1 – DECLARATION OF ANTHONY WHITMORE

police academy, Portland police advanced academy which includes crowd control training, 40 hours of less lethal munitions training, as well as Portland Police Bureau in-service trainings.

2. On June 26, 2020, I was working with a Mobile Field Force at the North Precinct. My squad was tasked with helping clear out the intersection of NE Martin Luther King Boulevard and NE Killingsworth Street. An announcement came from the sound truck that there was an unlawful assembly and the crowd was ordered to disperse. My squad moved toward the crowd to clear the intersection.

3. At approximately 0138 hours, an RRT officer threw a gas cannister toward the crowd. I observed an individual dressed in all black clothing bend down and pick up the cannister. I believed the individual was going to throw the cannister back at the officers, creating an immediate risk of serious physical injury. I fired a 40 mm sponge at the right leg of the person, which hit the targeted area. Prior to my deployment, the sound truck gave multiple warnings, which included the warning that people would be subject to riot control agents and impact munitions.

4. I make this declaration in support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 7/5/20

_____
Anthony Whitmore

Page 2 –  DECLARATION OF ANTHONY WHITMORE