

Exhibit 1
Decl. of Strohmeyer
Page 1 of 13





Exhibit 1
Decl. of Strohmeyer
Page 3 of 13



Exhibit 1
Decl. of Strohmeyer
Page 4 of 13



Exhibit 1
Decl. of Strohmeyer
Page 5 of 13





Exhibit 1
Decl. of Strohmeyer
Page 7 of 13



Exhibit 1
Decl. of Strohmeyer
Page 8 of 13



Exhibit 1
Decl. of Strohmeyer
Page 9 of 13



Exhibit 1
Decl. of Strohmeyer
Page 10 of 13



Exhibit 1
Decl. of Strohmeyer
Page 11 of 13



Exhibit 1
Decl. of Strohmeyer
Page 12 of 13



Exhibit 1
Decl. of Strohmeyer
Page 13 of 13