# Exhibit 2

# Excel Spreadsheet Placeholder

Exhibit 2
Decl. of Moede
Page 1 of 1