| Exhibit | Decl | Date | Source | Bates Number |
|---|---|---|---|---|
| 21-A | Dobson | 5/29/2020 | Twitter- @MrOlmos | |
| 21-B | Dobson | 5/29/2020 | Twitter- @MrOlmos | |
| 21-C | Dobson | 5/29/2020 | Twitter- @MrOlmos | |
| 21-D | Dobson | 5/29/2020 | PPB Video | |
| 22-A | Dobson | 5/29/2020 | PPB Video | 20-ED-28315 |
| 22-B | Dobson | 5/29/2020 | PPB Video | 20-ED-28310 |
| 22-C | Dobson | 5/29/2020 | PPB Video | 20-ED-28320 |
| 23-A | Dobson | 5/29/2020 | PPB Video | 20-ED-28297 |
| 23-B | Dobson | 5/30/2020 | PPB Video | 20-ED-28313 |
| 24-A | Dobson | 5/29/2020 | Twitter- @MrOlmos | |
| 24-B | Dobson | 5/29/2020 | PPB Video | 20-ED-28307 |
| 24-C | Dobson | 5/29/2020 | PPB Video | 20-ED-28285 |
| 24-D | Dobson | 5/30/2020 | PPB Video | 20-ED-28303 |
| 24- E | Dobson | 5/30/2020 | Twitter | |
| 24-F | Dobson | 5/30/2020 | Twitter | |
| 27-A | Dobson | 5/30/2020 | Twitter- @MrOlmos | |
| 27-B | Dobson | 5/31/2020 | PPB Video | 20-ED-29005 |
| 27-C | Dobson | 5/30/2020 | PPB Video | 20-ED-28841 |
| 29-A | Dobson | 5/31/2020 | PPB Video | 20-ED-29447 |
| 29-B | Dobson | 5/31/2020 | PPB Video | 20-ED-29458 |
| 29-C | Dobson | 5/31/2020 | PPB Video | 20-ED29462 |
| 30-A | Dobson | 6/1/2020 | Twitter @pdxzane | |
| 30-B | Dobson | 6/1/2020 | Twitter @pdxzane | |
| 30-C | Dobson | 6/1/2020 | Twitter @MrOlmos | |
| 30-D | Dobson | 6/1/2020 | PPB Video | 20-ED-29065 |
| 32 | Dobson | 6/2/2020 | From Social Media spreadsheet @Godandbuckeyes | |
| 32 | Dobson | 6/2/2020 | Edited 11:16-11:25 | 20-ED-30376 |
| 32 | Dobson | 6/2/2020 | Twitter- @MrOlmos | |
| 33 | Hurley | | | |
| 34-A | Hurley | 6/15/2020 | From Social Media spreadsheet @Maxoregonian | |
| 34-B | Hurley | 6/15/2020 | Twitter @Maxoregonian | |
| 34-C | Hurley | 6/15/2020 | PPB Video | 20-ED-30295 |
| 35 | Hurley | 6/15/2020 | PPB Video | 20-ED-31661 |
| 42 | Dobson | 6/24/2020 | KOIN News | |
| 37-A | Dobson | 6/27/2020 | Arex Johnson FB Livestream  (1) | |
| 37-B | Dobson | 6/27/2020 | Arex Johnson FB Livestream  (1) | |
| 37-C | Dobson | 6/27/2020 | Arex Johnson FB Livestream  (1) | |
| 37-D | Dobson | 6/27/2020 | Arex Johnson FB Livestream - Clip 2 | |
| 37-E | Dobson | 6/27/2020 | DeAndre Marquis FB LiveStream | |
| 38-A | Dobson | 7/2/2020 | FB Live - DeAndre Marquise FB 07022020 | |
| 38-B | Dobson | 7/2/2020 | FB Live - DeAndre Marquise FB 07022020 | |
| 38-C | Dobson | 7/2/2020 | FB Live - Eric Greatwood FB 07022020 | |
| 39-A | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 39-B | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 39-C | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 39-D | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 39-E | Dobson | 7/4/2020 | Twitter @PDocumentarians | |
| 39-F | Dobson | 7/4/2020 | Twitter @jonnymontucky | |
| 41-A | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 41-B | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 41-C | Dobson | 7/4/2020 | Twitter @MrOlmos | |
| 41-D | Dobson | 7/5/2020 | Twitter @MrOlmos | |
| 41-E | Dobson | 7/5/2020 | Twitter @MrOlmos | |
| 41-F | Dobson | 7/5/2020 | Twitter @Portland Police | |
| 41-G | Dobson | 7/5/2020 | Twitter @MrOlmos | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |