J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF NAOMI SHEFFIELD**<br><br>**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction)** |

I, Naomi Sheffield, Deputy City Attorney representing defendant City of Portland in the above-entitled matter, declare as follows:

Page  1  –  DECLARATION OF NAOMI SHEFFIELD

1. Attached as Exhibit 52 is a tweet from @PortlandPolice at 11:03 pm on May 29, 2020.

2. Attached as Exhibit 53 is a tweet from @PortlandPolice at 11:49 pm on May 29, 2020.

3. Attached as Exhibit 54 is a tweet from @PortlandPolice at 12:05 am on May 30, 2020.

4. Attached as Exhibit 55 is a tweet from @PortlandPolice at 12:42 am on May 30, 2020.

5. Attached as Exhibit 56 is a tweet from @PortlandPolice at 7:42 pm on May 30, 2020.

6. Attached as Exhibit 57 is a tweet from @PortlandPolice at 7:14 pm on May 30, 2020.

7. Attached as Exhibit 71 is a video from a tweet from @MrOlmos posted to twitter at 7:07 pm on May 30, 2020.

8. Attached as Exhibit 58 is a tweet from @PortlandPolice at 8:01 pm on May 30, 2020.

9. Exhibit 59 is a video showing protestors asking officers to take a knee, and the officers doing so, at approximately 2:20 pm on May 31, 2020.

10. Attached as Exhibit 60 is a tweet from @PortlandPolice at 5:19 pm on May 31, 2020.

11. Attached as Exhibit 61 is a tweet from @PortlandPolice at 6:58 pm on May 31, 2020.

12. Attached as Exhibit 62 is a tweet from @PortlandPolice at 7:07 pm on May 31, 2020.

13. Attached as Exhibit 63 is a tweet from @PortlandPolice at 8:41 pm on May 31, 2020.

Page  2  –  DECLARATION OF NAOMI SHEFFIELD

14. Attached as Exhibit 64 is a tweet from @PortlandPolice at 9:39 pm on May 31, 2020.

15. Attached as Exhibit 65 is a tweet from @PortlandPolice at 10:48 pm on May 31, 2020.

16. Attached as Exhibit 66 is a tweet from @PortlandPolice at 11:29 pm on May 31, 2020.

17. Dobson Declaration, Exhibit 30-A is from a tweet from @PDXzane at 1:10 am on June 1, 2020,

18. Dobson Declaration, Exhibit 30-B is from a tweet from @PDXzane at 1:20 am on June 1, 2020.

19. Dobson Declaration, Exhibit 30-C is from a tweet from @MrOlmos at 1:24 am on June 1, 2020.

20. Attached as Exhibit 67 is a tweet from @PortlandPolice at 9:05 pm on June 2, 2020.

21. Attached as Exhibit 68 is a tweet from @PortlandPolice at 9:33 pm on June 2, 2020.

22. Attached as Exhibit 69 is a video from twitter by @dirquez at 11:32 pm on June 2, 2020.

23. Dobson Declaration, Exhibit 32-C is from a tweet from @MrOlmos at 11:45 pm on June 2, 2020.

24. Attached as Exhibit 70 is a tweet from @Portland Police at 12:12 am on July 5, 2020.

25. Attached as Exhibit 44 is the Defendant City of Portland's proposed injunctive language should the Court grant Plaintiffs' Motion.

26. Attached as **Exhibits 45-51** are videos showing some of the activity that has taken place over the past 38 days:

Page  3  –  DECLARATION OF NAOMI SHEFFIELD

      a.      Exhibit 45 – June 7, Video taken by PPB of projectiles being thrown at police.

      b.      Exhibit 46 – June 8, Video taken by PPB of projectiles being thrown at an officer.

      c.      Exhibit 47 – June 11, Livestream and Twitter Video of protesters blocking a PPB car garage with a barricade and launching projectiles (including fireworks) at officers.

      d.      Exhibit 48 – June 12, Livestream Video of protesters taking down the fence around the federal courthouse and launching projectiles at officers.

      e.      Exhibit 49 – June 14, Video of protesters launching fireworks at officers while they attempt to make an arrest of someone inside the fenced off area.

      f.      Exhibit 50 – June 29, Livestream video of protesters kicking out and pulling down plywood off the Justice Center and breaking in the windows.

      g.      Exhibit 51 – July 1, Video of protesters setting fires in the street and firing fireworks at the Justice Center.

27. Attached is an Appendix to the video sources for Exhibits 45-51.

28. I make this declaration in support of Defendant City of Portland's Response to Plaintiff's Motion for Preliminary Injunction

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: July 10, 2020.

                                      /s/ Naomi Sheffield
                                      Naomi Sheffield

Page 4 – DECLARATION OF NAOMI SHEFFIELD