J. SCOTT MOEDE, OSB #934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB #065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>      **PLAINTIFFS,**<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>      **DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF J. SCOTT MOEDE**<br><br>**(In Support of Defendant City of Portland's Response to Motion for Contempt)** |

I, J. Scott Moede, Chief Deputy City Attorney representing Defendant City of Portland in the above-entitled matter, declare as follows:

Page  1  –    DECLARATION OF J. SCOTT MOEDE

1.      Attached to this declaration as ***Exhibit A*** is a redacted true and correct copy of an email from myself to Plaintiffs' attorneys dated June 26, 2020 at 4:56 p.m.

2.      I make this declaration in support of Defendant City of Portland's Response to Plaintiff's Motion for Contempt.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED:  July 14, 2020.

*/s/ J. Scott Moede*
J. Scott Moede

Page  2  –    DECLARATION OF J. SCOTT MOEDE