**From:** Moede, Scott <Scott.Moede@portlandoregon.gov>
**Sent:** Friday, June 26, 2020 4:56 PM
**To:** J. Ashlee Albies <ashlee@albiesstark.com>; Jesse Merrithew <jesse@lmhlegal.com>; Juan Chavez <jchavez@ojrc.info>
**Cc:** Reeve, Tracy <Tracy.Reeve@portlandoregon.gov>; Sheffield, Naomi <Naomi.Sheffield@portlandoregon.gov>
**Subject:** Re: Don't Shoot Portland, et al. v. City of Portland, Case No. 3:20-cv-00917-HZ

Ashlee:

Fifth, with respect to plaintiffs' first paragraph regarding the universe of munitions, my understanding is that PPB does also use "smoke" which we feel is not a use of force and is simply an "obscurant" with no physical effect.  Hence, "smoke" should not be part of any TRO.  I feel like this was mentioned in a prior conversation but did not see it in any email to my recollection.  Also, I understand that pava (synthetic OC) is also used in an OC payload.  I don't think this is additional but just want to be clear.  We do not have any other chemical irritants that we use to my knowledge.

Give me a call to chat if you like.  I'm just waiting for confirmation.

Scott

**Exhibit A**
**Decl. of Moede iso Response**
**to Motion for Contempt**
**Page 1 of 1**