JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Lindsay A. Byrne, OSB No. 113455
Senior Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:   (503) 988-3377
Email: andy.jones@multco.us
         lindsay.byrne@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DON'T SHOOT PORTLAND, NICHOLAS ROBERTS, MICHELLE BELDEN, ALEXANDRA JOHNSON,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF PORTLAND and MULTNOMAH COUNTY,<br><br>                Defendants. | Civil No. 3:20-cv-00917-HZ<br><br>DEFENDANTS' MULTNOMAH COUNTY'S NOTICE OF ATTORNEY ASSOCIATION |

**NOTICE IS HEREBY GIVEN** that Lindsay A. Byrne, OSB No. 113455, Assistant County Attorney is hereby added as an attorney of record for Defendant Multnomah County.

        DATED this 15th day of July 2020.

                        Respectfully submitted,

                        JENNY M. MADKOUR, COUNTY ATTORNEY
                        FOR MULTNOMAH COUNTY, OREGON

                        */s/ Lindsay A. Byrne*
                        B. Andrew Jones, OBS No. 091786
                        Senior Assistant County Attorney
                        Lindsay A. Byrne, OSB No. 113455
                        Assistant County Attorney
                             *Of Attorneys for Defendant*

 Page 1–  DEFENDANT MULTNOMAH COUNTY'S NOTICE OF ASSOCIATION