JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Senior Assistant County Attorney
Lindsay Byrne, OSB No. 113455
Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:  (503) 988-3377
Email: andy.jones@multco.us
       lindsay.byrne@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DON'T SHOOT PORTLAND, NICHOLAS ROBERTS, MICHELLE BELDEN, ALEXANDRA JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF PORTLAND and MULTNOMAH COUNTY,<br><br>                Defendants. | Civil No. 3:20-cv-00917-HZ<br><br>DEFENDANT MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Multnomah County respectfully moves this Court for an extension of time to file their responsive pleading in this matter. In support of this motion, Defendant Multnomah County submits the Declaration of B. Andrew Jones.

Page 1 – DEFENDANT MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR
         EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The Second Amended Complaint, naming Defendant Multnomah County, was filed on June 24, 2020 and Defendant Multnomah County was served on June 29, 2020. Defendant City of Portland filed a Waiver of Service on July 14, 2020 agreeing to file and serve a responsive pleading under Rule 12 within sixty (60) days from July 11, 2020, the date the request for Waiver of Service was sent. Defendant City of Portland's responsive pleading is due September 9, 2020.

Plaintiffs' counsel and defense counsel for Defendant Multnomah County have conferred and Plaintiffs' agree to Defendant Multnomah County's requested extension to file its responsive pleading by September 9, 2020, contemporaneous with the deadline for Defendant City of Portland. (Declaration of B. Andrew Jones, ¶¶ 2-4). Defendant Multnomah County respectfully submits there is good cause to have both Defendants file their respective responsive pleadings contemporaneously, and respectfully requests the Court order the County's deadline to file a responsive pleading to track that of Co-Defendant City of Portland.

DATED this 16th day of July, 2020.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

**/s/ B. Andrew Jones**

_____
B. Andrew Jones, OSB No. 091786
Senior Assistant County Attorney
Lindsay Byrne, OSB No. 113455
Assistant County Attorney
  *Of Attorneys for Defendant Multnomah County*

Page 2 –  DEFENDANT MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR
            EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138