JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Senior Assistant County Attorney
Lindsay Byrne, OSB No. 113455
Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:   (503) 988-3377
Email: andy.jones@multco.us
            lindsay.byrne@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DON'T SHOOT PORTLAND, NICHOLAS ROBERTS, MICHELLE BELDEN, ALEXANDRA JOHNSON,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF PORTLAND and MULTNOMAH COUNTY,<br><br>               Defendants. | Civil No. 3:20-cv-00917-HZ<br><br>DECLARATION OF B. ANDREW JONES IN SUPPORT OF DEFENDANT MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

/// /// ///

/// /// ///

Page 1 –  DECLARATION OF B. ANDREW JONES IN SUPPORT OF DEFENDANT
             MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
             TO FILE RESPONSIVE PLEADING

I, B. Andrew Jones, under penalty of perjury, declare as follows:

1) I am a Senior Assistant County Attorney employed by the Multnomah County Attorney's Office and am one of the attorneys assigned to represent Defendant Multnomah County in this matter. I have personal knowledge and am competent to testify to everything in this Declaration.

2) The Second Amended Complaint adding Defendant Multnomah County as a defendant was filed on June 24, 2020 and Defendant Multnomah County was served on June 29, 2020. Defendant Multnomah County's responsive pleading is currently due July 20, 2020.

3) Defendant City of Portland filed a Waiver of Service on July 14, 2020 agreeing to file a responsive pleading by September 9, 2020, which is sixty (60) days from the date when the request for Waiver of Service was sent to Defendant City of Portland.

4) I have conferred with Plaintiffs' counsel about moving the County's deadline to file a responsive pleading to track with Co-Defendant City of Portland's deadline so that all Defendants are responding contemporaneously. Plaintiff agrees to the proposed timeline.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 16th day of July, 2020.

**/s/ B. Andrew Jones**

B. Andrew Jones, OSB No. 091786

Page 2 –  DECLARATION OF B. ANDREW JONES IN SUPPORT OF DEFENDANT MULTNOMAH COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138