J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>    PLAINTIFFS,<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>    DEFENDANTS. | 3:20-cv-00917-HZ<br><br>**DEFENDANT CITY OF PORTLAND'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR FINDING OF CONTEMPT AND FOR SANCTIONS** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant City of Portland hereby moves the Court for an order allowing an extension of time in which to file a response to

Page  1  –   DEFENDANT CITY OF PORTLAND'S MOTION FOR EXTENSION OF TIME

Plaintiffs' Supplemental Memorandum in support of their Motion for Finding of Contempt and for Sanctions (Docket 122) in this case. The parties have conferred regarding this motion and plaintiffs' counsel does not object to this motion. Specifically, defendant City of Portland requests an extension to August 24, 2020, within which to file a response.

The City submits the declaration of Naomi Sheffield filed herewith in support of this motion.

Dated:  July 17, 2020

                                              Respectfully submitted,

                                              */s/ Naomi Sheffield*
                                              J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*