UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>    Defendants. | Case No. 3:20-cv-00917-HZ<br><br>JOINT STATUS REPORT AND RULE 26(f) CONFERENCE REPORT |

The Court sent an email request to the parties to provide the Court with a joint status report. The parties provide this report responsive to that request. Additionally, the parties conducted their Fed. R. Civ. P. 26(f) conference.

**Case Status**

Plaintiffs have filed an amended motion for contempt which replaces the earlier motion for contempt. The earlier motion for contempt is withdrawn. By rule, defendant City of Portland's response is due fourteen (14) days from August 13, 2020. The parties agree that should any additional declarations be filed by plaintiffs, defendant's response is due fourteen (14) days from the date of the last declaration filed. The parties request that the Court set a hearing date following the completion of briefing on the motion.

Plaintiffs shall notify the Court by August 28, 2020 whether plaintiffs plan to file a motion for class certification and the date they intend to do so or to amend their complaint by the same date removing the request for class certification.

The parties conferred to determine whether there is a path to resolution of this matter, and to agree on steps moving forward if the matter cannot be resolved. The parties would like to confer further and notify the Court by September 4, 2020 whether they would like a settlement judge to assist the parties in resolution of this case.

**26(f) Report**

The parties have already agreed to and submitted a stipulated protective order. The parties do not anticipate any issues surrounding electronic discovery. The parties have agreed to waive initial disclosures. The parties would like to set discovery deadlines once the Court schedules a trial date. If the Court is not inclined to set a trial date or schedule a case management hearing at this time, the parties will confer, develop, and submit a written discovery plan setting forth topics in Fed. R. Civ. P. 26(f)(3) and Local Rule 26 no later than September 12, 2020 and then ask the Court for a Rule 16(b) conference setting deadlines.

**DATED** this 14th day of August 2020

| | |
|---|---|
| *s/Jesse Merrithew* | *s/ Scott Moede*_____ |
| **Jesse Merrithew**, OSB No. 074564 | **J. Scott Moede**, OSB No. 934816 |
| **Viktoria Safarian**, OSB No. 175487 | **Naomi Sheffield**, OSB No. 170601 |
| Levi Merrithew Horst PC | **Robert Yamachika**, OSB No. 065560 |
| | |
| **J. Ashlee Albies**, OSB No. 051846 | **Attorneys for Defendant City of Portland** |
| **Whitney B. Stark**, OSB No. 090350 | |
| **Maya Rinta**, OSB No. 195058 | |
| Albies & Stark LLC | |
| | |
| **Juan C. Chavez**, OSB No. 36428 | */s Andrew Jones*_____ |
| **Brittney Plesser**, OSB No. 154030 | **B. Andrew Jones**, OSB No. 091786 |
| **Alex Meggitt**, OSB No. 174131 | |
| **Franz H. Bruggemeier**, OSB No. 163533 | **Attorney for Defendant Multnomah County** |
| Oregon Justice Resource Center | |
| | |
| **Attorneys for Plaintiffs** | |