J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**NOTICE OF DEADLINE FOR CITY'S RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR FINDING OF CONTEMPT AND FOR SANCTIONS AGAINST DEFENDANT CITY OF PORTLAND** |

The parties filed a Joint Status Report and Rule 26(f) Conference Report on August 14,

2020 (Dkt. No. 152). Pursuant to that Joint Status Report, the parties agreed that the City's

Page  1 –   NOTICE OF DEADLINE FOR CITY'S RESPONSE TO PLAINTIFFS' AMENDED
MOTION FOR FINDING OF CONTEMPT AND FOR SANCTIONS

response to Plaintiffs' Amended Motion for Finding of Contempt and for Sanctions Against Defendant City of Portland, would be due fourteen days from the date that the last declaration was filed. While the last declaration was filed on August 13, 2020, plaintiffs provided the video exhibits for their declarations to the City on August 21, 2020. The City therefore submits this notice, informing the Court that the City's response will be filed by September 4, 2020, fourteen days following the City's receipt of the exhibits related to plaintiffs' declarations in support of Plaintiffs' Amended Motion for Finding of Contempt and for Sanctions Against Defendant City of Portland.

Dated:  August 27, 2020

Respectfully submitted,

*/s/ Naomi Sheffield*
J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*