**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al., )<br>)<br>    Plaintiffs    )<br>)<br>    v.    )<br>)<br>CITY OF PORTLAND, a municipal )<br>corporation, and MULTNOMAH COUNTY, )<br>a political subdivision of the State, )<br>)<br>    Defendants.    )<br>)<br>) | Case No. 3:20-cv-00917-HZ<br><br>PLAINTIFF'S STATUS REPORT REGARDING MOTION FOR CLASS CERTIFICATION |

**STATUS REPORT**

Per the Joint Status Report and Rule 26(f) Conference Repot, Dkt. 152, Plaintiffs now report to the Court that after conferral with all parties, Plaintiffs will submit a Motion for Class Certification no later than January 15, 2021.

DATED: August 28, 2020.

                                                      *Juan C. Chavez*
                                                      Juan C. Chavez, OSB #136428
                                                      Of Attorneys for Plaintiff