J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**DECLARATION OF JOHN YOUNG** |

I, Officer John Young, declare as follows:

      1.     On June 30, 2020, I was deployed on RRT at a civil disturbance in the area of N. Lombard/east of N. Denver.  I was a grenadier in Alpha squad. RRT was making arrests of

Page  1  –  DECLARATION OF JOHN YOUNG

protesters. The protest had been declared an unlawful assembly and riot. On that day, I was aware that there were two temporary restraining orders related to PPB offices' use of force at protests—the restraining order on tear gas from June 9, 2020 and the restraining order on other less lethal munitions (including CS gas and 40mm impact rounds) from June 26, 2020.

2. I was involved in various events the evening of June 30th, including assisting a State Trooper with an arrest that included handcuffing.

3. People in the crowd of protestors were throwing projectiles, water bottles, rocks, and shining lasers at the police line formation. The situation was very dangerous for the officers in the police line formation and definitely involved life/safety in the form of injuries to officers. The protest was declared a riot.

4. There was a large police presence. The sound truck clearly communicated instructions to the crowd and gave them time to comply with the instructions.

5. The protest was declared a riot due to the many projectiles being thrown at the police. There were multiple officers that were pulled off the line formation due to being hit with some sort of projectile. Water bottles, soda cans, rocks, and other similar projectiles were being thrown at officers. Lasers were also shined at officers' faces.

6. Due to the actions of the protestors, it became unsafe for officers. CS gas was authorized to deploy. The sound truck gave a warning that CS gas was going to be used. The sound truck also gave the crowd multiple force warnings. RRT deployed CS gas on Lombard Street to move the crowd to the east. I deployed one CS hand toss munition about 15 feet from the crowd. It deployed as intended. The munition was effective, and the crowd dispersed to the east.

7. Also that evening, RRT Alpha squad was attempting to mount up on their vehicle and leave the area to the west. Some grenadiers deployed smoke from hand tossed munitions. I have experienced multiple deployments with this crowd over the last several weeks. I have

watched several times where RRT deploys smoke to help conceal their movements to leave and protesters pick up and throw the smoke canisters back at police.

8.      This night, I witnessed one subject dressed in all black. He appeared to be a white male. He had his face covered. The subject ran forward and picked up one of the smoke munitions to throw it back at our squad while it was still burning. I launched a marking 40mm impact round at the subject. I aimed for the waist which is where the impact round appeared to impact the subject. The subject ran back towards the crowd and I lost sight of him.

9.      I make this declaration in support of Defendant City of Portland's Response to Plaintiffs' Amended Motion for Finding of Contempt and for Sanctions Against Defendant City of Portland.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 08/21/2020

John Young
Digitally signed by John Young
Date: 2020.08.21 15:54:49 -07'00'

John Young

Page 3 – DECLARATION OF JOHN YOUNG