**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiffs**

Page 1   PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED
         COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs<br><br>      v.<br><br>CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>      Defendants. | Case No. 3:20-cv-00917-HZ<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

**L.R. 7-1 CERTIFICATION**

By and through their respective counsel, the parties have conferred regarding this motion and Defendants do not object.

**MOTION**

Pursuant to Fed. R. Civ. P. 15 and L.R. 15, Plaintiffs Don't Shoot Portland, Nicholas Roberts, Michelle Belden and Alexandra Johnson move the Court for leave to file their Third Amended Complaint, a copy of which is attached hereto as Exhibit A.

The proposed Third Amended Complaint amends the Second Amended Complaint to address Defendant City's arguments in their recent Motion to Dismiss Plaintiff Don't Shoot Portland from the case, specifically adding factual allegations related to Don't Shoot Portland's

mission and activities and the plainttffs' First Amendment claims; clarifying allegations under the *Monell* claims; and broadening the dates at issue to include dates since the Second Amended Complaint was filed.

Defendants confirmed in writing that they do not object to the filing of the Third Amended Complaint.

**DATED** this 1st day of October 2020

        *s/J. Ashlee Albies*
        **J. Ashlee Albies**, OSB No. 051846
        **Whitney B. Stark**, OSB No. 090350
        **Maya Rinta**, OSB No. 195058
        Albies & Stark LLC

        **Attorneys for Plaintiffs**