J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation**,** and MULTNOMAH COUNTY, a political subdivision of the State,<br><br>**DEFENDANTS.** | 3:20-cv-00917-HZ<br><br>**SUPPLEMENTAL DECLARATION OF NAOMI SHEFFIELD**<br><br>(In Support of Defendant City of Portland's Response to Plaintiffs' Amended Motion for Finding of Contempt and for Sanctions Against Defendant City of Portland) |

I, Naomi Sheffield, Deputy City Attorney, declare as follows:

1. Attached to this declaration as **Exhibit J** is a true and correct copy of PPB Forensic and Evidence Division Video 20-ED-36345 taken the evening of June 30, 2020 by a PPB Criminalist.

Page 1 – SUPPLEMENTAL DECLARATION OF NAOMI SHEFFIELD

2. I make this declaration in support of in support of Defendant City of Portland's Response to Plaintiffs' Amended Motion for Finding of Contempt and for Sanctions Against Defendant City of Portland.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: October 12, 2020.

                                         /s/ Naomi Sheffield
                                         Naomi Sheffield