UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al., | ) |
| Plaintiffs | ) Case No. 3:20-cv-00917-HZ |
| v. | ) STIPULATED AMENDMENT TO ORDER ON SANCTIONS |
| CITY OF PORTLAND, a municipal corporation, and MULTNOMAH COUNTY, a political subdivision of the State, | ) |
| Defendants. | ) |

On March 16, 2021, the Court issued an Opinion & Order (ECF 220) detailing coercive sanctions ordered upon the City of Portland. Sanction number five requires certain training and demonstrated understanding for "RRT grenadier[s]" operating FN303 or 40MM less-lethal launchers in crowd control settings. ECF 220, at 6. All Plaintiffs and the City of Portland hereby stipulate that paragraph five ought to apply to all Portland Police Bureau members who may use either a FN303 or a 40MM less-lethal launcher in a crowd control setting. Therefore, the parties stipulate that the language of paragraph five should read, "No PPB member shall use …". The parties jointly request that the Court modify the order to so read.

**DATED** April 21, 2021

*s/Jesse Merrithew*                              *s/ Naomi Sheffield*

**Jesse Merrithew**, OSB No. 074564          **Naomi Sheffield**, OSB No 170601
**Viktoria Safarian**, OSB No. 175487         **J. Scott Moede**, OSB No 934816

Levi Merrithew Horst PC

**J. Ashlee Albies**, OSB No. 051846
**Whitney B. Stark**, OSB No. 090350
**Maya Rinta**, OSB No. 195058
Albies & Stark LLC

**Juan C. Chavez**, OSB No. 136428
**Brittney Plesser**, OSB No. 154030
**Alex Meggitt**, OSB No. 174131
**Franz H. Bruggemeier**, OSB No. 163533
Oregon Justice Resource Center

**Attorneys for Plaintiffs**

**Robert Yamachika**, OSB No 065560

Portland Office of City Attorney
**Attorneys for City of Portland**

Page 2    STIPULATED AMENDMENT TO ORDER ON SANCTIONS