**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiffs**

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 1
(Case No. 3:20-cv-00917-HZ)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DON'T SHOOT PORTLAND, et al.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF PORTLAND**,<br><br>Defendant. | Case No.  3:20-cv-00917-HZ<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

### CERTIFICATE OF CONFERRAL

Pursuant to LR 7.1, the undersigned counsel certifies that counsel conferred with Naomi Sheffield, counsel for defendant. Ms. Sheffield does not oppose this request.

### MOTION

The Plaintiffs respectfully request the court grant leave to exceed the 35-page limit pursuant to LR 7.2(b) applicable to Plaintiffs' Motion for Class Certification and allow Plaintiffs to file a brief no longer than 75 pages. The reason for this request is detailed in the concurrent filed *Declaration of Jesse Merrithew*.

**DATED** this 13th day of January, 2022.

By: s/Jesse Merrithew
 **Jesse Merrithew**, OSB No. 074564
 **Viktoria Lo**, OSB No. 175487
 Levi Merrithew Horst PC

 **J. Ashlee Albies**, OSB No. 051846
 **Whitney B. Stark**, OSB No. 090350
 **Maya Rinta**, OSB No. 195058
 Albies & Stark LLC

 **Juan C. Chavez**, OSB No. 36428

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
(Case No. 3:20-cv-00917-HZ)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

**Brittney Plesser**, OSB No. 154030
**Alex Meggitt**, OSB No. 174131
**Franz H. Bruggemeier**, OSB No. 163533
Oregon Justice Resource Center

**Attorneys for Plaintiffs**

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
(Case No. 3:20-cv-00917-HZ)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092