1  **Jesse Merrithew**, OSB No. 074564
   Email: jesse@lmhlegal.com
2  **Viktoria Lo**, OSB No. 175487
   Email: viktoria@lmhlegal.com
3  Levi Merrithew Horst PC
4  610 SW Alder Street, Suite 415
   Portland, Oregon 97205
5  Telephone: (971) 229-1241

6  **Juan C. Chavez**, OSB No. 136428
   Email: jchavez@ojrc.info
7  **Brittney Plesser**, OSB No. 154030
   Email: bplesser@ojrc.info
8  **Alex Meggitt**, OSB No. 174131
   Email: ameggitt@ojrc.info
9  **Franz H. Bruggemeier**, OSB No. 163533
   Email: fbruggemeier@ojrc.info
10 Oregon Justice Resource Center
   PO Box 5248
11 Portland, OR 97208
   Telephone: 503 944-2270
12

13 **J. Ashlee Albies**, OSB No. 051846
   Email: ashlee@albiesstark.com
14 **Whitney B. Stark**, OSB No. 090350
   Email: whitney@albiesstark.com
15 **Maya Rinta**, OSB No. 195058
   Email: maya@albiesstark.com
16 Albies & Stark LLC
   1 SW Columbia St. Suite 1850
17 Portland, Oregon 97204
   Telephone: (503) 308-4770
18

19 **Attorneys for Plaintiffs**

20

21

22

23

24

25

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
(Case No. 3:20-cv-00917-HZ)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DON'T SHOOT PORTLAND, et al.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No.  3:20-cv-00917-HZ <br><br> **DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

I, Jesse Merrithew, declare under penalty of perjury under the laws of the United States of America pursuant to 28 USC § 1746 that the following is true and correct:

1. I am one of the attorneys representing the plaintiffs in this matter.

2. I make this declaration in support of *Plaintiffs' Unopposed Motion for Leave to File Overlength Brief*.

3. I have primary editing responsibilities for the brief at issue.

4. The defendant does not concede any aspect of the Rule 23 requirements for class certification are met in this case. Therefore, it is our burden to prove that each of the elements are met. While the legal argument in support of our motion is not particularly lengthy, laying out the necessary facts in support of that argument is.

///

///

///

///

///

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
(Case No. 3:20-cv-00917-HZ)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

5. The current draft of the brief is 81 pages in length. Having reviewed it, I believe I can cut the length to 75 pages and perhaps more. I will endeavor to make the brief as succinct as possible, but I do need to ensure that we are giving the Court all the necessary facts to make the findings under Rule 23. Therefore, I ask that the Court allow a brief of up to 75 pages.

DATED this 13th day of January, 2022.

By: *s/Jesse Merrithew*
**Jesse Merrithew**, OSB No. 074564
**Of Attorneys for Plaintiffs**

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
(Case No. 3:20-cv-00917-HZ)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092