**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiffs**

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
(Case No. 3:20-cv-00917-HZ)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DON'T SHOOT PORTLAND, et al.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:20-cv-00917-HZ <br><br> **DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

I, Jesse Merrithew, declare under penalty of perjury under the laws of the United States of America pursuant to 28 USC § 1746 that the following is true and correct:

1. I am one of the attorneys representing the plaintiffs in this matter.

2. I make this declaration in support of *Plaintiffs' Unopposed Motion for Extension of Time Or, In The Alternative, To Reconsider*.

3. I have primary editing responsibilities for the brief at issue.

4. The motion, along with approximately 30 new supporting declarations and dozens of exhibits, was nearly ready for filing at the time the Court issued its order in Dkt. No. 248. The brief is currently 75 pages. I cannot cut 33% of the brief and ensure that it still appropriately cites all of the supporting evidence necessary to meet our burden prior to today's deadline. It is my opinion that the brief, in its current state, is not substantially longer than necessary to meet the burden and remain persuasive and clear. Making the kind of cuts necessitated by the Court's order will take time in order to avoid detracting from the quality of the brief.

///

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
(Case No. 3:20-cv-00917-HZ)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

5.   We conferred with counsel for defendant who does not oppose this request.

**DATED** this 14th day of January, 2022.

                                          By: *s/Jesse Merrithew*
                                                  **Jesse Merrithew**, OSB No. 074564
                                                  **Of Attorneys for Plaintiffs**

DECLARATION OF JESSE MERRITHEW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
(Case No. 3:20-cv-00917-HZ)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092