CONFIDENTIAL



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Dec of Albies
Exhibit 27 - Page 1 of 1
DON'T SHOOT_128630