# Force Data Collection Report

Page 1 of 3

| CASE # | 2020-68577 | OFFICER | Bauer | DPSST | 59626 | ☐ AMENDED |

| DATE | 06/04/2020 | TIME: | 2:40 AM | ASSIGNMENT: | EAST |

LOCATION: SW 2nd/ Salmon- SW 2nd/ Taylor

NAME (LAST, FIRST M): Doe, John
GENDER: MALE
RACE: WHITE
DATE OF BIRTH: 01/01/1960

## TYPE OF CALL - REASON FOR CONTACT

- ☐ SUBJECT STOP
- ☐ PERSON CRIME
- ☐ PROPERTY CRIME
- ☐ ADMINISTRATIVE
- ☐ INJURED ANIMAL
- ☐ TRAFFIC STOP
- ☒ OTHER
- ☐ MERE CONVERSATION
- ☐ WELFARE CHECK

EXPLAIN

Civil Disturbance. There was a protest for the death of George Floyd. A group of protesters had splintered off from the main group and were antagonistic. They started two dumpster fires between SW 2nd/ Main and SW 2nd/ Salmon. They also started a book burning fire in the center of the street. The crowd threw multiple eggs and glass bottles over the fence surrounding the Justice Center; directed at the officers stationed there. Our mobile field force was tasked in dispersing this group.

## LEGAL AUTHORITY FOR CONTACT

- ☐ REASONABLE SUSPICION
- ☐ WARRANT/JUDICIAL DECREE
- ☐ OTHER
- ☒ PROBABLE CAUSE
- ☐ CIVIL HOLD
- ☒ CIVIL UNREST

EXPLAIN

This was designated a civil disturbance. I also had probable cause on the subject for Interferring with police, disorderly conduct and riot.

## CONDITION PRIOR TO FORCE

- ☒ ARMED (ACTUALLY)
- ☐ MENTAL HEALTH INFLUENCE (PERCEIVED)
- ☐ PASSIVE RESISTANCE*
- ☐ REPORTED TO BE ARMED
- ☐ UNDER THE INFLUENCE OF DRUGS
- ☒ ENGAGED IN PHYSICAL RESISTANCE
- ☐ ARMED (PERCEIVED)
- ☐ UNDER THE INFLUENCE OF ALCOHOL
- ☒ OTHER
- ☐ NONE

EXPLAIN

The crowd was told to disburse and that the gathering was a civil disturbance by the sound truck multiple times. Multiple force warnings were given by the sound truck prior to the event. The crowd responded by moving closer to the police line rather than move away. During this time more projectiles were thrown at the police. These consisted of eggs, glass bottles, and bottles of urine. Unknown motor vehicles pulled in front of the line and conducted burn outs and doing cookies in the intersection in front of the police line. Protesters in the crowd were visibly drinking alcohol, including but not limited to White Claws and Modelo beer. Protesters screamed unintelligible things at the police line. Some of the language I was able to make out was "fuck you all", "hands up don't shoot", and " you're all sadistic bastards".

## PERCEIVED CONDITION FOR LACK OF COMPLIANCE PRIOR TO FORCE

- ☐ MEDICAL CONDITIONS
- ☐ DEVELOPMENTAL DISABILITY
- ☒ DISOBEDIENT / ANTAGONISTIC
- ☐ OTHER
- ☐ MENTAL IMPAIRMENT
- ☐ MENTAL HEALTH CRISIS
- ☐ LANGUAGE BARRIER
- ☐ PHYSICAL LIMITATIONS
- ☐ IMPAIRED FROM DRUGS OR ALCOHOL OR BOTH

EXPLAIN

After given multiple lawful orders to disburse and force warnings by the sound truck, other officers, and myself, protesters occupied the intersection of SW 2nd and Salmon. Some protesters knelt with there hands up and screamed. Others stood behind them and yelled at officers, singling them out. Sporadic projectiles came from the crowd. Protesters screamed unintelligible things at the police line. Some of the language I was able to make out was "fuck you all", "hands up don't shoot", and " you're all sadistic bastards".

## MENTAL HEALTH

- ☒ NONE
- ☐ PRIOR TO FORCE KNOWLEDGE
- ☐ POST FORCE KNOWLEDGE
- ☐ OTHER

USE OF FORCE 04.26.20

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER

DON'T SHOOT_101789
Dec of Albies
Exhibit 54 - Page 1 of 3

# Force Data Collection Report

| CASE # | 2020-68577 | OFFICER | Bauer | DPSST | 59626 | ☐ AMENDED |

**EXPLAIN**

No known indicators of mental health.

## SPECIALTY UNITS

**YES, WHICH ONES?** SPECIALTY UNITS INVOLVED?

**WHICH SPECIALTY UNITS?**

RRT, SERT, Multiple Precinct Mobile Field Forces, Crowd Liaison, Special Incident Command.

## DE-ESCALATION TECHNIQUES

**YES** DE-ESCALATION TECHNIQUES WERE ATTEMPTED OR USED?

**EXPLAIN WHY NO DE-ESCALATION TECHNIQUES WERE USED/ATTEMPTED OR DESCRIBE TECHNIQUES USED/ATTEMPTED**

Sound truck repeatedly gave dispersal order and force warning from a distance. We then waited a significant amount of time for people to comply. Liaison officers also contacted members of the crowd and tried to reason with the group. We had multiple officers in the area.

## USE OF FORCE WAS NECESSARY TO

☒ PREVENT OR TERMINATE THE COMMISSION OF AN OFFENSE.
☐ LAWFULLY TAKE A PERSON INTO CUSTODY, MAKE AN ARREST, OR PREVENT AN ESCAPE.
☐ PREVENT A SUICIDE OR SERIOUS SELF-INFLICTED INJURY.
☐ DEFEND THE MEMBER OR OTHER PERSON FROM THE USE OF PHYSICAL FORCE.
☒ ACCOMPLISH SOME OFFICIAL PURPOSE OR DUTY THAT IS AUTHORIZED BY LAW OR JUDICIAL DECREE.

## CHRONOLOGICAL USE OF FORCE

| | RESISTANCE | WARNING | FORCE | TARGET LOCATION | RESISTANCE CONTINUED | RE-EVALUATE |
|---|---|---|---|---|---|---|
| +/- | PHYSICAL RESIST | YES | CONTROL AGAINST RESISTANCE | TORSO | NO, EXPLAIN | YES |

**DESCRIBE THIS USE OF FORCE:**

I ran into the crowd giving loud continuous verbal commands (as I was trained) for the crowd to "move north". As I moved north on SW 2nd between Salmon and Taylor. I saw a protester turn around and face me. Using my baton with two hands in a horizontal position I pushed the protester to the north. The protester turned and began a slow walk. I gave another verbal command and pushed the protester again with my baton in the same manner. The protester began to run. I reevaluated and saw the protester obeying my orders. The protester turned west on Taylor and ran off, unidentified.

**YES** WHEN THE RESISTANCE DECREASED, I REDUCED MY AMOUNT OF FORCE TO A LEVEL REASONABLY CALCULATED TO MAINTAIN CONTROL.

**DESCRIBE WHY OTHER FORCE OPTIONS WERE REASONABLY CONSIDERED BUT NOT USED:**

Pepper spray was an option. I had my PR24 in my hands and my pepper spray holstered. Due to the nature of the civil disturbance I already had the PR24 deployed and this was the least amount of force necessary to gain compliance.

**GENERAL DESCRIPTION OF THE FORCE YOU OBSERVED OTHER OFFICERS USE:**

I witnessed other officers push people with their PR24s. These officers gave continuous verbal commands in the process.

## SUBJECT INJURY AND/OR TREATMENT

| | TYPE OF INJURY | OBSERVATION | LOCATION OF INJURY | INJURY ATTRIBUTED TO | INJURY TREATMENT |
|---|---|---|---|---|---|
| +/- | NO INJ./COMP. | | | | |

USE OF FORCE 04.26.20

# Force Data Collection Report

Page 3 of 3

| CASE # | 2 | 0 | 2 | 0 | - | 6 | 8 | 0 | 5 | 7 | 7 | OFFICER | Bauer | DPSST | 5 | 9 | 6 | 2 | 6 | ☐ AMENDED |

**BRIEF DESCRIPTION OF COMPLAINT, APPARENT, PRE-EXISTING INJURY OR ABSENCE OF INJURY:**

There was no complaint of injury. The protester did not appear injured and did not stay for questioning.

☐ THE SUBJECT WAS MEDICALLY CLEARED FROM THE FORCE EVENT
☐ THE SUBJECT WAS TRANSPORTED AND/OR ADMITTED BECAUSE OF MENTAL HEALTH ISSUES
☐ THE SUBJECT WAS TRANSPORTED AND/OR ADMITTED FOR DRUGS/ALCOHOL

## WITNESS

☐ I ATTEMPTED TO LOCATE WITNESSES AND NONE WERE LOCATED.

☐ [    ] ATTEMPTED TO LOCATE WITNESSES AND NONE WERE LOCATED

☒ WITNESSES WERE LOCATED BUT THEY REFUSED TO GIVE THEIR CONTACT INFORMATION AND A DESCRIPTION OF THEM IS IN THE SECTION BELOW.

**WITNESS INFORMATION: NAME OR DESCRIPTION (IF NAME REFUSED) AND MEMBER WHO LOCATED:**

Due to the nature of the civil disturbance we had to prioritize security for Portland Fire Bureau and did not have time to locate witnesses. The crowd that remained was hostile and uncooperative to contact.

## MEMBER INJURY

☐ I WAS INJURED DURING THIS INCIDENT

## SIGNATURE

| SIGNATURE | DPSST | | RANK | NAME |
|---|---|---|---|---|
| Kurt Bauer | 59626 | EMAILED TO | SGT | Barnard |

**\*\*\*\*\*\*\*\*\*\*SUPERVISORS ONLY\*\*\*\*\*\*\*\*\*\***

| APPROVED BY: | Carroll | | DPSST: | 33550 |
|---|---|---|---|---|
| PSD: ONLY PERCEIVED MENTALLY ILL | PSD: ONLY SERIOUS USE OF FORCE | PSD: BOTH A SERIOUS USE OF FORCE ON A SUBJECT WITH PERCEIVED MENTAL ILLNESS | | **SERGEANT:** SUBMIT FINAL COPY TO RECORDS |

USE OF FORCE 04.26.20