# Force Data Collection Report

Page 1 of 4

| CASE # | 2020-68047 | OFFICER | Dyk | DPSST | 58506 | ☐ AMENDED |

DATE: 06/27/2020   TIME: 10:35 PM   ASSIGNMENT: RRT

LOCATION: Downtown Portland

NAME (LAST, FIRST M): Unknown
GENDER: UNK
RACE: UNK
DATE OF BIRTH: MM/DD/YYYY

## TYPE OF CALL - REASON FOR CONTACT

☐ SUBJECT STOP  ☐ PERSON CRIME  ☐ PROPERTY CRIME  ☐ ADMINISTRATIVE  ☐ INJURED ANIMAL
☐ TRAFFIC STOP  ☒ OTHER  ☐ MERE CONVERSATION  ☐ WELFARE CHECK

EXPLAIN: On the evening of 6/27/20 to the morning of 6/28/20 I was working as an Officer in our Rapid Response Team and was assigned to Delta Squad. Delta Squad was tasked with managing a hostile crowd that had gathered in the area of SW 3rd and SW Main Street.

## LEGAL AUTHORITY FOR CONTACT

☒ REASONABLE SUSPICION  ☐ WARRANT/JUDICIAL DECREE  ☐ OTHER
☒ PROBABLE CAUSE  ☐ CIVIL HOLD  ☒ CIVIL UNREST

EXPLAIN: The protesters had stolen multiple barricades and blocked off the area of SW 3rd/SW Salmon Street, SW 3rd/SW Main, and SW 4th/SW Main Street. Through out the night, the protest turned violent. The protesters began throwing projectiles at myself and other officer including, glass bottles, balloons filled with feces, and other hard objects. I personally got hit with a glass bottle or hard object on my head. Individuals in the crowd were shining laser pointers in my and other officers eye's. At one point it was broadcasted that the crowd was attempting to break into the Justice Center and Central Precinct. It was also broadcasted that the crowd was charging Officers in front of Central Precinct. The entire time the protestors were standing in the middle of street and blocking traffic. I saw one protester spray paint the north side of Central Precinct.

## CONDITION PRIOR TO FORCE

☐ ARMED (ACTUALLY)  ☐ MENTAL HEALTH INFLUENCE (PERCEIVED)  ☐ PASSIVE RESISTANCE*
☐ REPORTED TO BE ARMED  ☐ UNDER THE INFLUENCE OF DRUGS  ☒ ENGAGED IN PHYSICAL RESISTANCE
☐ ARMED (PERCEIVED)  ☐ UNDER THE INFLUENCE OF ALCOHOL  ☐ OTHER  ☐ NONE

EXPLAIN: Around 2225 hours the sound truck broadcasted that the assembly was unlawful and gave force warnings prior to our arrival. Myself and the rest of my squad made our first push around 2235 hours. Despite the unlawful assembly declaration and the repeated force warnings, the crowd continued to block traffic. Many individuals in the crowd had shields and motorcycle helmets on. Individuals in the front of the crowd stood in the front of the line and shielded individuals in the back so they could throw projectiles at myself and other Police Officers. While on the line and before making a push, I told the protesters to move or force would be used against them.

## PERCEIVED CONDITION FOR LACK OF COMPLIANCE PRIOR TO FORCE

☐ MEDICAL CONDITIONS  ☐ DEVELOPMENTAL DISABILITY  ☒ DISOBEDIENT / ANTAGONISTIC  ☐ OTHER
☐ MENTAL IMPAIRMENT  ☐ MENTAL HEALTH CRISIS  ☐ LANGUAGE BARRIER  ☐ PHYSICAL LIMITATIONS
☐ IMPAIRED FROM DRUGS OR ALCOHOL OR BOTH

EXPLAIN: The crowd was given clear directions to leave the area by the sound truck multiple times. Whenever the sound truck made an announcement, the crowd would get louder and yell chants such as "All cops are bastards". Protesters yelled obscenities and called myself and other Officers derogatory terms through out the night.

## MENTAL HEALTH

☒ NONE  ☐ PRIOR TO FORCE KNOWLEDGE  ☐ POST FORCE KNOWLEDGE  ☐ OTHER

USE OF FORCE 04.26.20

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER

# Force Data Collection Report

| CASE # | 2020-680847 | OFFICER | Dyk | DPSST | 58506 | ☐ AMENDED |

**EXPLAIN**
I do not notice any indication that any individuals that I used force on had any mental illness.

## SPECIALTY UNITS

**YES, WHICH ONES?** — SPECIALTY UNITS INVOLVED?

**WHICH SPECIALTY UNITS?**
RRT, Less lethal, ECIT Officers.

## DE-ESCALATION TECHNIQUES

**YES** — DE-ESCALATION TECHNIQUES WERE ATTEMPTED OR USED?

**EXPLAIN WHY NO DE-ESCALATION TECHNIQUES WERE USED/ATTEMPTED OR DESCRIBE TECHNIQUES USED/ATTEMPTED**
The crowd was given multiple request, and the time to comply with orders.

## USE OF FORCE WAS NECESSARY TO

- ☒ PREVENT OR TERMINATE THE COMMISSION OF AN OFFENSE.
- ☐ LAWFULLY TAKE A PERSON INTO CUSTODY, MAKE AN ARREST, OR PREVENT AN ESCAPE.
- ☐ PREVENT A SUICIDE OR SERIOUS SELF-INFLICTED INJURY.
- ☒ DEFEND THE MEMBER OR OTHER PERSON FROM THE USE OF PHYSICAL FORCE.
- ☒ ACCOMPLISH SOME OFFICIAL PURPOSE OR DUTY THAT IS AUTHORIZED BY LAW OR JUDICIAL DECREE.

## CHRONOLOGICAL USE OF FORCE

| | RESISTANCE | WARNING | FORCE | TARGET LOCATION | RESISTANCE CONTINUED | RE-EVALUATE |
|---|---|---|---|---|---|---|
| +/- | ACTIVE AGGRESS | YES | CONTROL AGAINST RESISTANCE | TORSO | NO, EXPLAIN | YES |

**DESCRIBE THIS USE OF FORCE:**
Subject 1: W/M 5'8", 130 pounds, approximately 18 years old wearing all black. Around 2235 hours, the order was given to clear south bound SW 3rd Avenue to SW Main Street. While clearing the street, I saw Officers arresting an unknown subject. I saw a white male attempting to grab the subject to un-arrest them. I pushed the male in his torso. The male landed on the ground but quickly got back up and ran off in the crowd.

| | RESISTANCE | WARNING | FORCE | TARGET LOCATION | RESISTANCE CONTINUED | RE-EVALUATE |
|---|---|---|---|---|---|---|
| +/- | ACTIVE AGGRESS | YES | CONTROL AGAINST RESISTANCE | TORSO | NO, EXPLAIN | YES |

**DESCRIBE THIS USE OF FORCE:**
Subject 2: H/F, orange hair, 5'10", about 30 years old. Around 2235 hours, myself along with the rest of Delta Squad were pushing the crowd west bound SW Main Street from SW 3rd Avenue. I saw a Hispanic female in front of me facing me. The female would slowly move back and frequently stop to yell at myself and other Officers. The female was moving purposely slow in order to slow the progression of my team. I placed my hand out to guide the female forward. The female slapped my hand away and told me not to touch her. The female then stopped were she was. I pushed the female with my baton 2-3 times in the torso to move her back. The female disappeared in the crowd.

| | RESISTANCE | WARNING | FORCE | TARGET LOCATION | RESISTANCE CONTINUED | RE-EVALUATE |
|---|---|---|---|---|---|---|
| +/- | PHYSICAL RESIST | YES | CONTROL AGAINST RESISTANCE | TORSO | NO, EXPLAIN | YES |

**DESCRIBE THIS USE OF FORCE:**

USE OF FORCE 04.26.20

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER

DON'T SHOOT_103129
Dec of Albies
Exhibit 69 - Page 2 of 4

# Force Data Collection Report

Page 3 of 4

| CASE # | 2 | 0 | 2 | 0 | - | 6 | 8 | 0 | 4 | 7 | OFFICER | Dyk | DPSST | 5 | 8 | 5 | 0 | 6 | ☐ AMENDED |

Subject 3: W/M, 180 pounds, 5'11", about 35 years old wearing blue cap, and a jean jacket. Around 0145 hours, myself along with the rest of the squad were assigned to push the crowd west bound SW Main Street at SW 2nd Avenue. The crowd had just tried to break into Central Precinct. A white male stopped in front me and slowly started walking backwards. The male would often stop to yell at me and other Officers. The male was slowing my progression forward. I pushed the male with my baton 2-3 times in the chest. The male dissapered from my view.

| RESISTANCE | WARNING | FORCE | TARGET LOCATION | RESISTANCE CONTINUED | RE-EVALUATE |
|---|---|---|---|---|---|
| PHYSICAL RESIST | YES | CONTROL AGAINST RESISTANCE | BACK | NO, EXPLAIN | YES |

**DESCRIBE THIS USE OF FORCE:**

Subject 4: W/F, 5'7", about 20 years old wearing motorcycle protective chest and back gear. My squad and I were performing a dynamic maneuverer west bound SW Main Street from SW 4th Avenue. A female was walking with a black male and a white male with glasses. The female began to purposely walk slow to slow my progression forward. I told the female and the group to move or force would be used against them multiple times. The female began to shield the black male from me and continued to walk slow. I pushed the female with my baton 2-3 times in the back on top of her protective gear.

| YES | WHEN THE RESISTANCE DECREASED, I REDUCED MY AMOUNT OF FORCE TO A LEVEL REASONABLY CALCULATED TO MAINTAIN CONTROL. |

**DESCRIBE WHY OTHER FORCE OPTIONS WERE REASONABLY CONSIDERED BUT NOT USED:**

I could have pepper sprayed the individuals I pushed but did not because it would have been difficult and unsafe to stow my baton away and then unholster my pepper spray.

**GENERAL DESCRIPTION OF THE FORCE YOU OBSERVED OTHER OFFICERS USE:**

I saw subject 1 get pushed down to the ground, I saw Officer Roberts assist her up, I do not know what led up to her being pushed. After I pushed subject 3, I later saw the male running from the line and wiping his face like he had been pepper sprayed.

## SUBJECT INJURY AND/OR TREATMENT

| TYPE OF INJURY | OBSERVATION | LOCATION OF INJURY | INJURY ATTRIBUTED TO | INJURY TREATMENT |
|---|---|---|---|---|
| NO INJ./COMP. | | | | |

**BRIEF DESCRIPTION OF COMPLAINT, APPARENT, PRE-EXISTING INJURY OR ABSENCE OF INJURY:**

I did not notice any injuries on the individuals that I used force on, from the force I used on them. Most of the individuals I used force on continued to protest after I used force.

☐ THE SUBJECT WAS MEDICALLY CLEARED FROM THE FORCE EVENT
☐ THE SUBJECT WAS TRANSPORTED AND/OR ADMITTED BECAUSE OF MENTAL HEALTH ISSUES
☐ THE SUBJECT WAS TRANSPORTED AND/OR ADMITTED FOR DRUGS/ALCOHOL

## WITNESS

☐ I ATTEMPTED TO LOCATE WITNESSES AND NONE WERE LOCATED.

☐ _____ ATTEMPTED TO LOCATE WITNESSES AND NONE WERE LOCATED

☒ WITNESSES WERE LOCATED BUT THEY REFUSED TO GIVE THEIR CONTACT INFORMATION AND A DESCRIPTION OF THEM IS IN THE SECTION BELOW.

**WITNESS INFORMATION: NAME OR DESCRIPTION (IF NAME REFUSED) AND MEMBER WHO LOCATED:**

The crowd was extremely hostile towards police. It was not safe for me to try to locate witnesses.

## MEMBER INJURY

☐ I WAS INJURED DURING THIS INCIDENT

USE OF FORCE 04.26.20

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER

# Force Data Collection Report

Page 4 of 4

| CASE # | 2 | 0 | 2 | 0 | - | 6 | 8 | 0 | 4 | 7 | OFFICER | Dyk | DPSST | 5 | 8 | 5 | 0 | 6 | ☐ AMENDED |

## SIGNATURE

| SIGNATURE | DPSST | | RANK | NAME |
|---|---|---|---|---|
| Joshua Dyk | 58506 | EMAILED TO | SGT | Brent Maxey |

**\*\*\*\*\*\*\*\*\*\*SUPERVISORS ONLY\*\*\*\*\*\*\*\*\*\***

| APPROVED BY: | Brent Maxey | | DPSST: | 40930 |
|---|---|---|---|---|
| PSD: ONLY PERCEIVED MENTALLY ILL | PSD: ONLY SERIOUS USE OF FORCE | PSD: BOTH A SERIOUS USE OF FORCE ON A SUBJECT WITH PERCEIVED MENTAL ILLNESS | | **SERGEANT:** SUBMIT FINAL COPY TO RECORDS |

USE OF FORCE 04.26.20

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER

DON'T SHOOT_103131
Dec of Albies
Exhibit 69 - Page 4 of 4