# Exhibit A
# Video Placeholder

# Exhibit B
# Video Placeholder

# Exhibit C
# Video Placeholder

# Exhibit D
# Video Placeholder

# Exhibit E
# Video Placeholder

# Exhibit F
# Video Placeholder

# Exhibit G
# Video Placeholder

# Exhibit H
# Video Placeholder

# Exhibit J
# Video Placeholder

# Exhibit K
# Video Placeholder

# Exhibit L
# Video Placeholder

# Exhibit M
# Video Placeholder

# Exhibit N
# Video Placeholder

# Exhibit O
# Video Placeholder

# Exhibit P
# Video Placeholder

# Exhibit Q
# Video Placeholder

# Exhibit R
# Video Placeholder

# Exhibit S
# Video Placeholder

# Exhibit T
# Video Placeholder

# Exhibit U
# Video Placeholder

# Exhibit V
# Video Placeholder

# Exhibit W
# Video Placeholder

# Exhibit X
# Video Placeholder

# Exhibit Y
# Video Placeholder

# Exhibit Z
# Video Placeholder

# Exhibit AA
# Video Placeholder

# Exhibit AB
# Video Placeholder

# Exhibit AC
# Video Placeholder

# Exhibit AD
# Video Placeholder

# Exhibit AE
# Video Placeholder

# Exhibit AF
# Video Placeholder

# Exhibit AG
# Video Placeholder

# Exhibit AH
# Video Placeholder

# Exhibit AJ
# Video Placeholder

# Exhibit AK
# Video Placeholder

# Exhibit AL
# Video Placeholder

# Exhibit AM
# Video Placeholder