**JESSE MERRITHEW**, OSB NO. 074564
EMAIL: JESSE@LMHLEGAL.COM
**VIKTORIA LO**, OSB NO. 175487
EMAIL: VIKTORIA@LMHLEGAL.COM
LEVI MERRITHEW HORST PC
610 SW ALDER STREET, SUITE 415
PORTLAND, OREGON 97205
TELEPHONE: (971) 229-1241

**JUAN C. CHAVEZ**, OSB NO. 136428
EMAIL: JCHAVEZ@OJRC.INFO
**BRITTNEY PLESSER**, OSB NO. 154030
EMAIL: BPLESSER@OJRC.INFO
**ALEX MEGGITT**, OSB NO. 174131
EMAIL: AMEGGITT@OJRC.INFO
**FRANZ H. BRUGGEMEIER**, OSB NO. 163533
EMAIL: FBRUGGEMEIER@OJRC.INFO
OREGON JUSTICE RESOURCE CENTER
PO BOX 5248
PORTLAND, OR 97208
TELEPHONE: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

DECLARATION OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>    Defendant. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>ORAL ARGUMENT REQUESTED |

I, Mitchell Green, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. I am a 40-year-old white male and live in Portland, Oregon. I work as an economist and am a combat veteran.

3. I attended multiple protests but didn't start attending regularly until June. I was out there at least three times a week for most of June and most of July in solidarity with the Black Lives Matter movement.

4. In the middle of July I attended a protest at the justice center. I arrived around dusk—the vibes were chill, people had signs and people were doing some chants. This wasn't peak attendance, there were maybe a few hundred people. I went with an N95 mask, a snowboarding helmet, and eye protection goggles. I was chanting, but mostly standing around and observing, just trying to be part of a body of people.

DECLARATION OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

5. There may have been some kind of warning where they declared a riot, but not much. Then PPB shot into the crowd seemingly without provocation. To the best of my knowledge it was the Portland Police Bureau that shot me because it came from the direction where I knew only PPB were standing. I knew that was a police zone.

6. I was standing in front of the justice center observing when I got hit with one rubber bullet in the right arm, it was a grazing blow and it felt like someone whacking me with a stick. It was enough to make me feel like I can't be in this space and I can't protest safely.

7. There are always a few people who were provocative, standing in the streets yelling profanities at police. But nothing happened that night that seemed absurd—when they started shooting it felt like a disproportionate response to what was happening.

8. I was standing amongst a lot of people that got hit. I had a bruise there for a while. I stayed at the protest after being shot but I moved to the back and was a little on edge after that. I'm a combat veteran.

9. I also attended a protest in North Portland in late July on a Saturday. We met at one of the parks, I think it was Peninsula, and then there was a long, meandering march through different parts of North Portland that ended at the Portland Police Association off of Lombard Street. From there it was dispersal and chaos.

10. Once we got to the PPA we were standing around and I was weaving through the crowd. There were some people who were a little more actively engaged in that situation, they were yelling at police. My friend and I were not doing that.

11. Eventually the police came out and decided to clear us out. They told us to leave and go east. I started to move but I couldn't go east and I got funneled in with a lot of people, hundreds, maybe thousands. The police responded by bull-rushing everyone, and it became

DECLARATION OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

a stampede. I got knocked down to the ground by the crowd as police bull-rushed us. You have folks with mobility issues who got absolutely clobbered. There was that palpable fear that there were police with clubs right there pushing the crowd.

12. A friend of mine I attended this protest with was put in the hospital that night. He was with me when he got knocked down by Portland Police as he was retreating and broke his right elbow. His back was to the officers as he was trying to move away and he was pushed from behind by an officer and thrown to the ground. He currently has an active suit against the police.

13. I believe in the continued importance of the protests and would like to attend protests in the future. I worry that I will be injured again. Being repeatedly tear gassed and now being hit with impact munitions at close range, I fear for my life and safety while protesting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2022.

Mitchell Green (Jan 7, 2022 18:38 PST)

Mitchell Green

DECLARATION OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION