**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

Page 1  DECLARATION OF APRIL FOX IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
        CERTIFICATION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>　　　Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>　　　Defendant. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION OF APRIL FOX IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br>ORAL ARGUMENT REQUESTED |

I, April Fox, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. On June 30th 2020, I attended a rally at Peninsula Park in North Portland. Once the speakers had finished the group marched north to the location of the Portland Police Association building.

3. Before the group had even arrived at the building, Portland Police were fully dressed in riot gear waiting for us and announcing that this was an unlawful assembly.

4. Some people were yelling and screaming, but I did not observe any seriously violent, malicious, or illegal behavior.

5. As police continued to tell us to move, people began moving east and police started pushing people with their batons.

6. I was prodded with a baton in the torso by a police officer.

7. After about two hours from initial arrival at the building, the main group of protestors moved across the I-5 overpass and then the police announced a retreat, and it seemed that they had vanished. The majority of us began to disperse back westward, including myself. The police

Page 2   DECLARATION OF APRIL FOX IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

reappeared, declaring a riot, and pushing us east again.

8. When we got to the first north-south street on the east side of I-5 a large group of police came from the south end of that street and tackled me and many other demonstrators. I got abrasions on my back from being tackled.

9. I was taken to jail and kept there overnight and released in the morning.

10. To the best of my knowledge the officers who used force against me were Portland Police Bureau, they were wearing uniforms that looked like PPB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2022.

                                                                                 _April Iza Fox (Jan 7, 2022 08:12 PST)_
                                                                                   APRIL FOX

Page 3 DECLARATION OF APRIL FOX IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION