**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

Page 1   DECLARATION OF AMANDA SEAVER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>Defendant. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION OF AMANDA SEAVER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br>ORAL ARGUMENT REQUESTED |

I, Amanda Seaver, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein

2. On Saturday October 10th, 2020, I attended an event that I understood to be a direct-action night. I was aware of no specific action or plan for that night, violent, illegal, or otherwise.

3. We congregated at Alberta Park and walked from there in almost total silence, on the sidewalk, down residential streets, to Portland Police Bureau's north precinct. We arrived at the building and occupied portions of the sidewalk and NE Emerson Street which was typical on the past nights when we protested at the north precinct.

4. I was standing near the back of the crowd as I did not have an umbrella or a shield to protect me from munitions. I stood to the back of the crowd close to the sidewalk as it felt the safest place for me to be.

5. The group chanted for a short while and pressed on squeaky pig toys. I was simply standing in the crowd, silently observing.

6. Approximately 15 minutes later, I heard a vehicle that sounded like a riot van approaching

Page 2  DECLARATION OF AMANDA SEAVER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

from behind me and I turned, because in my experience bad things have happened when I have my back turned to PPB.

7.   The protestors alongside of me linked their arms with mine, I also was held from behind by a protestor. In front of me, a police line was approaching quickly.

8.   Police also were approaching the group from two other sides, causing us to bunch closer together as we were pushed by the police. People to either side of me were grabbed and pulled away by police.

9.   I saw an officer take out a can of mace and spray at us as I instinctively ducked my head-- even while wearing a respirator, in the past, it has caused coughing and sneezing. I was then pulled to the ground by at least one of the officers and dragged across the pavement by my helmet. The helmet strap was pressing against my neck, causing difficulty breathing, pain, inarticulable fear, and an intense anxiety.

10.   I was pulled several feet on the ground while on my side, grasping for my helmet strap to try to remove it. I was then flipped onto my back forcefully and my hands pulled behind my back. One officer detained me by kneeling on my legs while another zip tied my wrists.

11.   The degree to which the zip ties were tightened, as well as the way my wrists were positioned by the officer, caused immediate pain and I started to feel the effects of a lack of circulation. While being walked away from the area I asked if the restraints could be loosened as I was in a high level of pain. "We'll take care of that when it's time," the officer said.

12.   A short time later I again asked to have the zip ties loosened as the pain was only becoming more intense. The officer struggled to remove the ties because of how tight they were. The more he tried to dig pliers between the plastic and my skin, the more pain intensified. They were so tight my sweatshirt sleeve could not be pulled out from between the plastic and my skin on my left wrist. A second officer approached to help remove the ties. I have quite a high pain tolerance, but

this made me cry out in pain multiple times. I had small cuts on each wrist from the tool used to cut the plastic.

13. I was placed in an overcrowded van and taken downtown.

14. I was booked and processed at Portland Police Bureau downtown and released at 3:30 a.m. I was never charged with any crime.

15. This was the last protest I attended because of the fear and intimidation I feel about the possibility of being assaulted again by Portland Police.

16. To the best of my knowledge, the officers who used force against me were Portland Police Bureau, they were wearing uniforms that looked like PPB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7th, 2022.

Amanda Leigh Seaver (Jan 7, 2022 11:46 PST)

Amanda Seaver

Page 4 DECLARATION OF AMANDA SEAVER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION