**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

DECLARATION OF CHASE LINGELBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al.<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>    Defendant. | Case No. 3:20-cv-00917-HZ<br><br>DECLARATION OF CHASE LINGELBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br>ORAL ARGUMENT REQUESTED |

I, Chase Lingelbach, declare as follows pursuant to 28 USC § 1746:

1. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. I am 31 years old. I am a white male and live in Portland, Oregon. I am currently unemployed but previously was a games tester.

3. During the height of the protests I probably attended two to three times a week. After the 100 day mark I went one or two times a month. I attended the protests mostly because of George Floyd. I was there for the very first vigil in North Portland and marched downtown on the first night. I was disturbed by the constant use of excessive force by the police.

4. In the Laurelhurst area I was batoned and bull-rushed multiple times. To the best of my knowledge, the officers who used force against me were Portland Police Bureau, they were wearing uniforms that looked like PPB, and this was in June before the feds came in July.

5. I started with the crowd gathered in Laurelhurst Park. We marched to the Penumbra Kelly Building on Burnside. About one hour in, night had fallen and about 20-40 police formed a line and sent everyone down Burnside Street. People were chased through the neighborhoods; my group took a left and headed south.

6. We were chased by about 10 Portland Police who were in a line behind us, and they batoned us because they said we were walking too slow. Me and my buddy were hit with a baton on the back. I was hit just once with a single whack and I mostly had just a sore back for a week or so. I started running after that and they kept chasing us. We splintered off from the rest of the group and left the area.

7. The only lasting injury I sustained was from multiple bull-rushes. Police were chasing people on motorcycles and cars down Burnside from the Penumbra Kelly Building. While I was running I tripped and sprained my ankle. I had a bum ankle for about a year after that.

8. On June 6th, 2020 I was at the Portland Police Association in North Portland. I was with a crowd of peaceful protesters. We were dancing and chanting; this was when the PPA still had glass windows. Portland Police officers came out and formed a small line of five or six in front of the PPA to protect the building.

9. I saw that one of the officers swatted a phone out of a protester's hand who was filming. The phone broke a window of the building and then officers started getting rowdy, they started pushing people around as soon as the glass shattered. That was cause for what they called a "riot," but there hadn't been any activity other than chanting. It was entirely peaceful until they did their thing.

10. A volley of tear gas came down. Those of us at the front close to the officers backed off and that's when I got shot. I was hit in the chest with a foam-tipped impact munition. I did not sustain an injury, but the foam tip broke and I got covered in paint. I think I was targeted because I was

DECLARATION OF CHASE LINGELBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION ORAL ARGUMENT REQUESTED

wearing all black and had an umbrella. I was using the umbrella to shield myself and others from pepper ball rounds. I never used the umbrella as a weapon, it was the small, expandable aluminum kind and would just break if you swung it or tried anything other than opening it.

11. During this protest I had a gas mask on and was yelling, going around helping people get out of the area with the gas. I was also wearing multiple layers of clothing that I believe helped prevent injury from the munitions I was hit with.

12. I continued to go to the protests even after getting hurt. Many times I witnessed people getting hit with flash bangs and they were just in the middle of the crowd chanting. Tons of people who weren't front liners got hit.

13. To the best of my knowledge it was Portland Police Bureau that hit me with the baton and with the rubber bullet because the officers I saw were wearing uniforms that looked like PPB.

14. I believe in the continued importance of the protests and would like to attend protests in the future. I worry that I will be injured again. Being repeatedly tear gassed and now being hit with impact munitions at close range, I fear for my life and safety while protesting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7th, 2022.

*Matthew Chase Lingelbach (Jan 7, 2022 23:16 PST)*
Chase Lingelbach

DECLARATION OF CHASE LINGELBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION ORAL ARGUMENT REQUESTED