**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Juan C. Chavez**, OSB No. 136428
Email: jchavez@ojrc.info
**Brittney Plesser**, OSB No. 154030
Email: bplesser@ojrc.info
**Alex Meggitt**, OSB No. 174131
Email: ameggitt@ojrc.info
**Franz H. Bruggemeier**, OSB No. 163533
Email: Fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270

**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Whitney B. Stark**, OSB No. 090350
Email: whitney@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al. | Case No. 3:20-cv-00917-HZ |
| Plaintiffs | DECLARATION OF JAMES MAPES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| v. | |
| CITY OF PORTLAND, a municipal corporation, | |
| Defendant. | |

I, James Mapes, declare as follows pursuant to 28 USC § 1746:

1.      I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2.      I am a legal observer for the ACLU of Oregon.

3.      I reside in Portland, Oregon.

4.      Between June 2020 and January 2022, I observed protests in Portland, Oregon in person. I wear a blue mesh vest that clearly identifies me as a legal observer with white lettering on the back and front of the vest. Additionally, I have a blue hard hat with the ACLU Legal Observer signage on it. I do not participate in the protests. I am a neutral observer of police conduct and ensure that protesters are able to exercise their First Amendment rights safely.

5.      On many nights I was observing the protests, I noted that PPB officers would frequently use force against protesters who were peacefully remaining in place following orders to disperse, or who were complying with police orders to move out of the area.

6.      One of the protests I observed in person was on July 17th, 2020.

7.      During my observations of this protest, I observed that the number of participants varied from groups of over 500 people to 50 people.

8.      I observed members of the Portland Police Bureau (PPB) as they interacted with protesters. Based on my experience observing protests in Portland, I am confident that I can distinguish between PPB and other law enforcement agencies based on the patches and badges on the uniforms and the protective helmets that had distinguishing numbers on the back of them.

9.      On July 17, 2020, I observed the protest downtown at the Justice Center. I was there from 8:30 pm to 3:30 am. As the Portland Police cleared protesters out of the area around the Justice Center at 1:30 am through 2:30 am, I observed "bull rushes," tackles, and less-lethal munitions being used against peaceful protesters, many of whom were already moving away from police lines.

10.     In particular, around 1:50 am, the Portland Police had pushed a group of approximately 30 protesters across SW 6th Ave. The protesters stood across the street from the riot line. After approximately five minutes with no movement, the Portland Police began retreating. When they remounted the sidebars of their transport van, they threw at least one smoke grenade at the protesters, as well as discharging less-lethal munitions at least 4 times before driving away. They moved to the van slowly and in a measured way, not in a manner I would anticipate from somebody who believed themselves to be under the threat of harm.

11.     After the police departed, I spoke to one protester who described that he was shot with less-lethal munitions while standing still and remaining peaceful.

12.     Following this, the same evening, Portland Police announced it was closing downtown and cleared protesters to the west using a "bullrush" tactic. During this bullrush, I saw officers tackle at least one protester, as well as push many others. I did not observe any protester threaten or provoke any police officers.

Page 3  DECLARATION OF JAMES MAPES IN SUPPORT OF PLAINTIFF'S MOTION FOR
            CLASS CERTIFICATION

Executed on January 13, 2022.

*James Mapes*
_____

James Mapes