J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, LESTER WRESCKIE, in an individual capacity and on behalf of themselves and all others similarly situated, and THOMAS DREIER, in an individual capacity and on behalf of themselves and all others similarly situated, | 3:20-cv-00917-HZ <br><br> **DEFENDANT'S UNOPPOSED MOTION TO AMEND REMEDIES ORDER** |
| **PLAINTIFFS,** | |
| v. | |
| CITY OF PORTLAND, a municipal corporation, | |
| **DEFENDANT.** | |

Page  1  –    DEFENDANT'S UNOPPOSED MOTION TO AMEND REMEDIES ORDER

**MOTION**

Pursuant to L.R. 7-1(a), counsel for defendant City of Portland ("City") certifies that they consulted with plaintiffs' counsel by email on April 22 and April 25, 2022, and plaintiffs' counsel does not object to this motion.

On April 28, 2021, the Court issued an Amended Order (ECF 229) detailing coercive sanctions ordered upon the City of Portland. Paragraph 1 of the Amended Order requires: "All RRT grenadiers receive training every six months." PPB's Rapid Response Team was a specialty unit, comprised of individuals who volunteered to obtain special training and to be primarily responsible for responding to public order events. As previously noticed to the Court in Defendant's Notice Regarding Contempt Remedies (ECF 243), PPB's Rapid Response Team members collectively resigned from the unit on June 16, 2021. At this time, PPB still does not have a Rapid Response Team or other specialty team designated for responding to public order events. It has, therefore, not been possible for the City to comply with the "every six months" requirement of paragraph 1 of the Amended Order.

The City moves the Court to amend the final sentence of paragraph 1 of the Amended Order (ECF 229) to read as follows:

1. If at any time the City reconstitutes the Portland Police Bureau Rapid Response Team or any other specialty team or unit designated for response to public order events, the City will ensure that all individuals within the team or unit who are authorized to utilize impact munitions receive updated training upon reconstitution of the team or unit and every six months thereafter.

Dated: April 25, 2022.

                        Respectfully submitted,

                        */s/ Naomi Sheffield*
                        NAOMI SHEFFIELD, OSB # 170601
                        Senior Deputy City Attorney
                        *Of Attorneys for Defendant City of Portland*

Page  2  –   DEFENDANT'S UNOPPOSED MOTION TO AMEND REMEDIES ORDER

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089