J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated,<br><br>    **PLAINTIFFS,**<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>    **DEFENDANT.** | Case No. 3:20-cv-00917-HZ<br><br>**JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE** |

Pursuant to this Court's Order (ECF 300), the Parties hereby provide this joint status update.

Page 1 –  JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE

The Parties are prepared to move forward with the litigation and propose the following case schedule:

| Close of Fact Discovery | December 30, 2022 |
| Expert Disclosures | January 13, 2023 |
| Close of Expert Discovery | February 17, 2023 |
| Dispositive Motions | March 24, 2023 |
| Trial | To be set after ruling on Dispositive Motions |

Dated: August 11, 2022.

Respectfully submitted,

*/s/ Naomi Sheffield*
NAOMI SHEFFIELD, OSB # 891607
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorney for Defendant City of Portland*

*/s/ Ashlee Albies* [authorized signature]
ASHLEE ALBIES, OSB # 051846
Albies & Stark, LLC
Telephone: (503) 308.4771
*Of Attorney for Plaintiffs*

Page 2 – JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089