J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, LESTER WRESCKIE, in an individual capacity and on behalf of themselves and all others similarly situated, and THOMAS DREIER,  in an individual capacity and on behalf of themselves and all others similarly situated, | **3:20-cv-00917-HZ** <br><br> **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| **PLAINTIFFS,** | |
| v. | |
| CITY OF PORTLAND, a municipal corporation**,** | |
| **DEFENDANT.** | |

Page  1  – NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

The City of Portland hereby gives notice to the Court that Plaintiffs Don't Shoot Portland, Nicholas J. Roberts, Michelle "Misha" Belden, Alexandra Johnson, Lester Wrecksie and Thomas Dreier accepted Defendant City of Portland's Offer of Judgment (Exhibit 1) in the written notice sent by Plaintiffs' counsel on November 22, 2022 (Exhibit 2).

Dated:  November 29, 2022.

Respectfully submitted,

*/s/ Naomi Sheffield*
J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089