J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, LESTER WRESCKIE, in an individual capacity and on behalf of themselves and all others similarly situated, and THOMAS DREIER,  in an individual capacity and on behalf of themselves and all others similarly situated, | **3:20-cv-00917-HZ** **DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT** |
| **PLAINTIFFS,** | |
| v. | |
| CITY OF PORTLAND, a municipal corporation**,** | |
| **DEFENDANT.** | |

Page  1 –    DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 1 of 5

Pursuant to Fed. R. Civ. P. 68, defendant City of Portland ("City") hereby offers to allow judgment in the above-captioned matter to be taken against it by laintiffs Don't Shoot Portland, Nicholas J. Roberts, Michelle "Misha" Belden, Alexandra Johnson, Lester Wrecksie and Thomas Dreier for the total sum of Two Hundred Fifty Thousand Six and No/100ths Dollars ($250,001.00), to be divided between the six plaintiffs, plus reasonable, legally recoverable attorney fees and costs, to be determined by the Court in accordance with Fed. R. Civ. P. 54 and L.R. 54, incurred by plaintiffs as of the date of this offer.  This Offer of Judgment is specifically allocated to plaintiffs as follows:

| | | |
|---|---|---|
| Don't Shoot Portland | One and No/100ths Dollars | $00,001.00 |
| Nicholas J. Roberts | Fifty Thousand One and No/100ths Dollars | $50,001.00 |
| Michelle "Misha" Belden | Fifty Thousand One and No/100ths Dollars | $50,001.00 |
| Alexandra Johnson | Fifty Thousand One and No/100ths Dollars | $50,001.00 |
| Lester Wrecksie | Fifty Thousand One and No/100ths Dollars | $50,001.00 |
| Thomas Dreier | Fifty Thousand One and No/100ths Dollars | $50,001.00 |
| **TOTAL** | **Two Hundred Fifty Thousand Six and No/100ths Dollars** | **$250,006.00** |

In addition, defendant agrees to an injunction for 14 months from the date of entry of judgment relating to the Portland Police Bureau's use of force at crowd control events as follows:

- Tear gas may only be used consistent with the requirements of Portland Police Bureau ("PPB") Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

- FN303s and 40mm less lethal launchers with or without OC payload may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

Page  2  –    DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 2 of 5

- PPB shall not deploy Rubber Ball Distraction Devices (RBDDs). Further, PPB shall engage in a process to decommission all remaining inventory of RBDDs.

- Aerosol restraints may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

- Long Range Acoustical Devices ("LRAD") may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

This order applies to the requirements for using or not using force under PPB Directive 1010 and HB 4008 (which amended HB 2928 (2021)), but does not apply to the procedural aspects of Directive 1010, including Section 11 regarding reporting.

Judge Hernandez or Judge McShane, at plaintiffs' choice (circle one at time of filing Acceptance of Offer of Judgment), will maintain jurisdiction to enforce this injunction for fourteen months from the date of the entry of judgment.

This offer is explicitly conditioned on all plaintiffs agreeing to accept and accepting this offer. This Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that the City is liable in this action, or that the plaintiffs have suffered damages.

This offer includes and applies to all claims plaintiffs have asserted in their action against the City, or could have asserted in their action against the City whether known or unknown, or could have asserted in their action against any other officer, agent, or employee of defendant City of Portland, whether known or unknown and if accepted, will result in dismissal of all claims other than a money judgment outlined above and referenced attorneys' fees and costs.

///

///

Page 3 – DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 3 of 5

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: November 15, 2022.

Respectfully submitted,

*/s/ J. Scott Moede*
J. SCOTT MOEDE, OSB 934816
Chief Deputy City Attorney
scott.moede@portlandoregon.gov
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ROBERT YAMACHIKA, OSB 065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT CITY OF PORTLAND'S

OFFER OF JUDGMENT on:

| | |
|---|---|
| J. Ashlee Albies | Juan C. Chavez |
| Maya Rinta | Alex Meggitt |
| Albies & Stark, LLC | Franz Bruggemeier |
| 1 SW Columbia St., Suite 1850 | Oregon Justice Resource Center |
| Portland, OR 97204 | P.O. Box 5248 |
| | Portland, OR 97208 |

Jesse Alan Merrithew
Viktoria Lo
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, OR 97205
            *Of Attorneys for Plaintiffs*

on November 15, 2022, by causing a full, true and correct copy thereof, addressed to the last-

known address (or fax number) of said attorneys, to be sent by the following method(s):

☒        by **mail** in a sealed envelope, certified return receipt with postage paid, and deposited
         with the U.S. Postal Service in Portland, Oregon.
☐        by **hand delivery.**
☒        by **email** pursuant to LR 5-9(b).
☐        by **facsimile transmission**.

      Dated:  November 15, 2022.

                              Respectfully submitted,

                              */s/ Scott Moede*
                              J. SCOTT MOEDE, OSB 934816
                              Chief Deputy City Attorney
                              scott.moede@portlandoregon.gov
                              NAOMI SHEFFIELD, OSB 170601
                              Senior Deputy City Attorney
                              naomi.sheffield@portlandoregon.gov
                              ROBERT YAMACHIKA, OSB 065560
                              Senior Deputy City Attorney
                              rob.yamachika@portlandoregon.gov
                              *Of Attorneys for Defendant City of Portland*

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 5 of 5