| From: | J. Ashlee Albies |
| --- | --- |
| To: | Sheffield, Naomi; Yamachika, Rob; Moede, Scott |
| Cc: | Lisa Boucher; Warnock, Clair; Sarah Noble; Jesse Merrithew; viktoria@lmhlegal.com; Franz Bruggemeier; Alex Meggitt; Juan Chavez; Kehoe, Katherine; Maya Rinta |
| Subject: | RE: Don"t Shoot PDX v. City of Portland Rule 68 Offer of Judgment |
| Date: | Tuesday, November 22, 2022 11:25:20 AM |

Naomi, Scott and Rob-

Please consider this Plaintiffs' written notice of acceptance of the City's November 15 offer of judgment. We select Judge Hernandez to enforce the judgment.

Most of our legal team and support staff are out of the office this week; we'd like to confer before filing it with the court, since additional timelines attach to that action. Please let me know when you are available for a call.

Thank you.

J. Ashlee Albies

She/her/hers

Albies, Stark & Guerriero

503.308.4771 (direct)

---

**From:** Sheffield, Naomi <Naomi.Sheffield@portlandoregon.gov>
**Sent:** Tuesday, November 15, 2022 11:18 AM
**To:** Lisa Boucher <lisa@albiesstark.com>; Jesse Merrithew <jesse@lmhlegal.com>; viktoria@lmhlegal.com; Sarah Noble <sarah@lmhlegal.com>; Juan Chavez <jchavez@ojrc.info>; Franz Bruggemeier <fbruggemeier@ojrc.info>; Alex Meggitt <ameggitt@ojrc.info>; Maya Rinta <maya@albiesstark.com>; J. Ashlee Albies <ashlee@albiesstark.com>
**Cc:** Moede, Scott <Scott.Moede@portlandoregon.gov>; Yamachika, Rob <Rob.Yamachika@portlandoregon.gov>; Warnock, Clair <Clair.Warnock@portlandoregon.gov>; Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
**Subject:** Don't Shoot PDX v. City of Portland Rule 68 Offer of Judgment

Exhibit 2
Page 1 of 1