# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

DON'T SHOOT PORTLAND, a nonprofit
corporation, in its individual capacity,
NICHOLAS J. ROBERTS, in an individual
capacity and on behalf of themselves and all
others similarly situated, MICHELLE
"MISHA" BELDEN, in an individual capacity
and on behalf of themselves and all others
similarly situated, ALEXANDRA JOHNSON,
in an individual capacity and on behalf of
themselves and all others similarly situated,
LESTER WRESCKIE, in an individual
capacity and on behalf of themselves and all
others similarly situated, and THOMAS
DREIER,  in an individual capacity and on
behalf of themselves and all others similarly
situated,

Case No. 3:20-cv-00917-HZ

**JOINT ORDER OF LIMITED
INJUNCTION**

### PLAINTIFFS,

v.

CITY OF PORTLAND, a municipal
corporation**,**

### DEFENDANT.

Consistent with the Notice of Acceptance of Offer of Judgment filed on November 29,

2022 (ECF 318), the City of Portland ("City") and Plaintiffs offer this Joint Proposed Order of

Limited Injunction:

Page  1  – JOINT ORDER OF LIMITED INJUNCTION

PPB is restricted in using the following munitions in connection with crowd control until January 29, 2024, as follows:

- Tear gas may only be used consistent with the requirements of Portland Police Bureau ("PPB") Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

- FN303s and 40mm less lethal launchers with or without OC payload may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

- PPB shall not deploy Rubber Ball Distraction Devices (RBDDs). Further, PPB shall engage in a process to decommission all remaining inventory of RBDDs.

- Aerosol restraints may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

- Long Range Acoustical Devices ("LRAD") may only be used consistent with the requirements of PPB Directive 1010 (2022) and Oregon HB 4008 (which amended HB 2928 (2021)), as each may be amended from time to time.

This order applies to the requirements for using or not using force under PPB Directive 1010 and HB 4008 (which amended HB 2928 (2021)), but does not apply to the procedural aspects of Directive 1010, including Section 11 regarding reporting.

///

///

///

///

///

///

///

The Court maintains jurisdiction to enforce this injunction until January 29, 2024. This order supersedes and terminates all previous orders in this case.

Dated:  December 13, 2022

Submitted by:

*/s/ Jesse Merrithew* [authorized signature]
J. Ashlee Albies, Franz Bruggemeier,
Juan C. Chavez, Alex Meggitt, Jesse
Alan Merrithew, Brittney Plesser,
Viktoria Safarian and Whitney Stark
*Attorneys for Plaintiffs*

*/s/ Naomi Sheffield*
J. Scott Moede
Naomi Sheffield
Robert Yamachika
*Attorneys for Defendant City of Portland*

The Court adopts the above Joint Proposed Order of Limited Injunction in this action.

**IT IS SO ORDERED.**

Dated: 12/21/22          *Marco Hernandez*
Honorable Marco A. Hernandez