**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| DON'T SHOOT PORTLAND, a nonprofit corporation, in its individual capacity, NICHOLAS J. ROBERTS, in an individual capacity and on behalf of themselves and all others similarly situated, MICHELLE "MISHA" BELDEN, in an individual capacity and on behalf of themselves and all others similarly situated, ALEXANDRA JOHNSON, in an individual capacity and on behalf of themselves and all others similarly situated, LESTER WRESCKIE, in an individual capacity and on behalf of themselves and all others similarly situated, and THOMAS DREIER, in an individual capacity and on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00917-HZ<br><br>**JUDGMENT** |

<b>PLAINTIFFS,</b>

v.

CITY OF PORTLAND, a municipal corporation**,**

<b>DEFENDANT.</b>

Page  1  – JUDGMENT

Based upon the record and Plaintiffs' acceptance of Defendant City of Portland's Offer of Judgment (ECF 318) and this Court's Order Granting Plaintiffs' Unopposed Motion to Sever (ECF 239),

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Don't Shoot Portland, Nicholas J. Roberts, Michelle "Mischa" Belden, Alexandra Johnson, Lester Wrecksie, and Thomas Dreier shall have judgment against Defendant City of Portland in the amount of Two Hundred Fifty Thousand Six and 00/100ths Dollars ($250,006.00), plus costs and including reasonable attorneys' fees, to be determined by the Court, incurred as of November 15, 2022, and including this Court's Joint Order of Limited Injunction (ECF 320).

Dated: January 20, 2023

_Marco Hernandez_
Honorable Marco A. Hernandez

Page  2  – JUDGMENT